Matthew R. Cleverley, OSB #932359
Fidelity National Law Group
601 Union Street, Suite 3225
Seattle, WA 98101
(206) 224-6003
Matthew.Cleverley@fnf.com
Attorney for Ticor Title

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| VAN RICHARD HIGGS,<br><br>     Plaintiff,<br><br>v.<br><br>PENNYMAC LOAN SERVICES, LLC;<br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION (FANNIE MAE);<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC. ("MERS"); LOAN STAR<br>HOME LOANS, LLC dba LOANSTAR HOME<br>LENDING; TICOR TITLE; and DOES 1-10,<br><br>     Defendants. | NO. 3:25-cv-02335-YY<br><br>NOTICE OF APPEARANCE |

Please take note that Ticor Title Company of Oregon (originally identified as "The Current Trustee of The Deed of Trust") appears through counsel in this matter.

Dated: December 3, 2015

/s/Matthew Cleverley
Matthew R. Cleverley, OSB #932359
Fidelity National Law Group
(206) 224-6003
Matthew.Cleverley@fnf.com
Attorney for Ticor Title

NOTICE OF APPEARANCE - 1

# CERTIFICATE OF SERVICE

On the date given below I caused to be served the following document(s) on the following individuals in the manner indicated:

- Notice of Appearance

Robert E. Sabido, OSB No. 964168
SABIDO LAW, LLC
8215 SW Tualatin Sherwood Rd
Suite 218, Tualatin, OR 97062
robert@sabidolawllc.com
*Attorney for PennyMac, Fannie Mae & MERS*

☒ ECF/e-filing
☐ Email
☐ USPS Mail
☐ Certified Mail/FedEx/UPS
☐ Legal Messenger

Ivan Higgs
54248 Kalberer Rd
Scappoose, OR 97056
*Plaintiff, Pro Se*

☒ ECF/e-filing
☐ Email
☒ USPS Mail
☐ Certified Mail/FedEx/UPS
☐ Legal Messenger

Dated: December 29, 2025

*/s/ Matthew Cleverley*

FIDELITY NATIONAL LAW GROUP
THE LAW DIVISION OF FIDELITY NATIONAL FINANCIAL
601 UNION STREET, SUITE 3225
SEATTLE, WA 98101