Matthew R. Cleverley, OSB #932359
Fidelity National Law Group
601 Union Street, Suite 3225
Seattle, WA 98101
(206) 224-6003
Matthew.Cleverley@fnf.com
Attorney for Ticor Title

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| VAN RICHARD HIGGS,<br><br>     Plaintiff,<br><br>v.<br><br>PENNYMAC LOAN SERVICES, LLC;<br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION (FANNIE MAE);<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC. ("MERS"); LOAN STAR<br>HOME LOANS, LLC dba LOANSTAR HOME<br>LENDING; TICOR TITLE; and DOES 1-10,<br><br>     Defendants. | NO. 3:25-cv-02335-YY<br><br>TICOR'S JOINDER IN MOTION TO<br>DISMISS (ECF 008) |

## LCR 7-1 CERTIFICATION

Pursuant to LCR 7-1(a), the undersigned certifies that a good faith effort was made to confer with Plaintiff regarding the issues in this motion. Plaintiff responded by email that he was not prepared to stipulate to a dismissal of Ticor.

TICOR'S JOINDER IN MOTION TO DISMISS - 1

## MOTION

For the reasons and law stated in the *MOTION TO DISMISS BY DEFENDANTS PENNYMAC LOAN SERVICES, LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.* (ECF 008), Ticor Title moves to dismiss Plaintiff's Complaint for the same reasons.

Other than presumably identifying Ticor as "The Current Trustee of the Deed of Trust" in the caption of the original Complaint, Plaintiff's only reference to Ticor is on page 2, lines 11-12 of the Complaint as "Defendant The Current Trustee of the Deed of Trust is named regarding any substitutions/notices." No other reference is made to Ticor or the "Current Trustee." The remainder of the Complaint appears directed at other defendants.

Because the Complaint fails to state any cause of action against Ticor, Ticor respectfully requests that the Complaint against Ticor (aka "The Current Trustee of the Deed of Trust") be dismissed.

Dated: December 29, 2025

*/s/Matthew Cleverley*
Matthew R. Cleverley, OSB #932359
Fidelity National Law Group
601 Union Street, Suite 3225
Seattle, WA 98101
(206) 224-6003
Matthew.Cleverley@fnf.com
Attorney for Ticor Title

TICOR'S JOINDER IN MOTION TO DISMISS - 2

# CERTIFICATE OF SERVICE

On the date given below I caused to be served the following document(s) on the following individuals in the manner indicated:

- Ticor's Joinder in Motion to Dismiss

Robert E. Sabido, OSB No. 964168
SABIDO LAW, LLC
8215 SW Tualatin Sherwood Rd
Suite 218, Tualatin, OR 97062
robert@sabidolawllc.com
*Attorney for PennyMac, Fannie Mae & MERS*

☒ ECF/e-filing
☐ Email
☐ USPS Mail
☐ Certified Mail/FedEx/UPS
☐ Legal Messenger

Ivan Higgs
54248 Kalberer Rd
Scappoose, OR 97056
*Plaintiff, Pro Se*

☒ ECF/e-filing
☐ Email
☒ USPS Mail
☐ Certified Mail/FedEx/UPS
☐ Legal Messenger

Dated: December 29, 2025

_____
Paralegal

**FIDELITY NATIONAL LAW GROUP**
**THE LAW DIVISION OF FIDELITY NATIONAL FINANCIAL**
**601 UNION STREET, SUITE 3225**
**SEATTLE, WA 98101**