# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

_____

| | | |
|---|---|---|
| IVAN RICHARD HIGGS, | ) | |
| Plaintiff, | ) | Case No. 3:25-cv-02335-YY |
| v. | ) | |
| PENNYMAC LOAN SERVICES, LLC; | ) | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; | ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; | ) | |
| TICOR TITLE; and | ) | |
| LOANSTAR HOME LOANS, LLC, | ) | |
| Defendants. | ) | |
| | ) | |

_____

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Upon consideration of Plaintiff's Motion for Leave to File First Amended Complaint (Doc. ___) and the record herein,

## IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Leave to File First Amended Complaint is GRANTED.

2. The Clerk shall accept for filing Plaintiff's First Amended Complaint attached as Exhibit A to the Motion and shall docket it as the operative pleading in this action.

3.  Defendants' pending Motion to Dismiss (Doc. 8) is DEEMED MOOT without prejudice to Defendants filing a renewed motion to dismiss directed at the First Amended Complaint.

4.  Defendants shall file a responsive pleading to Plaintiff's First Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure, or within such other time as may be ordered by the Court.

5.  To the extent Plaintiff also requests expedited consideration due to the imminent threat of foreclosure, the Court notes that the filing of this First Amended Complaint supersedes the prior pleading and Defendants should be afforded adequate time to respond to the amended allegations.

DATED: _____, 2026.

_____

United States District Judge/Magistrate Judge