Ivan R. Higgs
54248 Kalberer Rd
Scappoose, Oregon 97056
(503) 543-2956
ivanhggs@yahoo.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

IVAN RICHARD HIGGS,

Plaintiff,

v.

PENNYMAC LOAN SERVICES, LLC;

FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE);

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS);

LOAN STAR HOME LOANS, LLC d/b/a LOANSTAR HOME LENDING;

TICOR TITLE; and DOES 1-10,

Defendants.

Case No. 3:25-cv-02335-YY

**PLAINTIFF'S FILING OF EXHIBITS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff Ivan Richard Higgs submits the following exhibits in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction under Fed. R. Civ. P. 65.

Plaintiff files the attached core exhibits with the motion and also relies on documents already filed in the Court record, identified below by ECF number, in order to avoid unnecessary duplicate filing.

**ATTACHED CORE EXHIBITS**

Exhibit 4 — Deed of Trust / MERS Rider

Exhibit 5 — Recorded Lis Pendens, Instrument No. 2025-006555

Exhibit 6 — Corporate Assignment of Deed of Trust, Instrument No. 2025-06917

Exhibit 7 — MERS ServicerID / MIN Status Record

Exhibit 8 — MERS Milestone Report

Exhibit 9 — PennyMac / Fannie Mae Owner-Investor Letter

Exhibit 10 — PennyMac Servicing Transfer Admission

Exhibit 11 — PennyMac September 2025 Response

Exhibit 13 — PennyMac Oregon Mortgage Servicer License / NMLS Record

Exhibit 20 — Trustee's Notice of Sale / Clear Recon Sale Notice

Exhibit 21 — PennyMac Foreclosure Dashboard Screenshot

Exhibit 23 — Declaration of Ivan R. Higgs

Exhibit 24 — Declaration of Jennifer Higgs/Thomson

Exhibit 47 — MERS Corporate Disclosure Statement

**PREVIOUSLY FILED COURT RECORD RELIED UPON**

ECF Nos. 1, 1-1, 1-2, 1-3

ECF Nos. 25-1, 31, 31-1, 31-2, 31-3

ECF Nos. 35, 37, 37-1, 37-2, 37-3, 37-4

ECF Nos. 38, 40, 41, 46

Plaintiff reserves the right to supplement the exhibit record with additional cited documents, certified county recording records, service records, and foreclosure-chain documents as they are obtained or as directed by the Court.

DATED: June 15, 2026.

Respectfully submitted,

/s/ Ivan R. Higgs

Ivan R. Higgs

Plaintiff, Pro Se