COLUMBIA COUNTY, OREGON 2025-006555
DEED-NP
Cnt=1 Pgs=3 FAILB 11/07/2025 12:16:19 PM
$15.00 $11.00 $60.00 $5.00 $10.00 = $101.00
00336441202500065550030037
I, Debbie Klug, County Clerk for Columbia County, Oregon certify that the instrument identified herein was recorded in the Clerk records.
Debbie Klug - County Clerk

After Recording, Return To:
Ivan Richard Higgs,
54248 Kalberer Rd,
Scappoose, OR 97056

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**FOR THE COUNTY OF COLUMBIA**

IVAN R. HIGGS

**Plaintiff**,

**v.**

PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; LOAN STAR HOME LOANS, LLC dba LOANSTAR HOME LENDING; THE CURRENT TRUSTEE OF THE DEED OF TRUST; and DOES 1–10

**Defendants:**

**Case No.:** 25CV57863

**Judge:** Hon. Michael T. Clarke

**Map/Tax Lot**: 4N2W36-C0-00300 (Acct 8458)
**Property address:** 54248 Kalberer Rd, Scappoose, OR 97056

## NOTICE OF PENDENCY OF ACTION (LIS PENDENS)
Recorded pursuant to ORS 93.740

I, IVAN RICHARD HIGGS, hereby give notice that there is now pending in the above-entitled Court an action affecting the title to and the right of possession of the real property situated in Columbia County, Oregon, commonly known as 54248 Kalberer Rd, Scappoose, OR 97056. More particularly described in Exhibit A attached hereto and incorporated by this reference.

The relief sought includes, without limitation: Declaratory Judgment (ORS ch. 28); Quiet Title / Cancellation (**ORS 105.605**); Accounting (equity); **RESPA / Reg X; FCRA / Reg V; Metro-2** credit reporting misconduct; and Injunctive Relief—all of which may affect title to or interest in the property described in Exhibit A.

IVAN RICHARD HIGGS, Plaintiff (Pro Se)
54248 Kalberer Rd, Scappoose, OR 97056
Tel: 503-543-2956 • Email: ivanhggs@yahoo.com

Dated: 11/7/25

**Sign** [signature]
*Plaintiff reserves all rights and remedies at law and in equity..*

ACKNOWLEDGMENT (OREGON)

**State of Oregon )**
**County of** Columbia ) ss.

On November 7, 2025, before me, the undersigned Notary Public, personally appeared IVAN RICHARD HIGGS, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the foregoing instrument, and acknowledged that he executed the same.

Notary Public for Oregon [signature]
Commission No.: 1049033
My Commission Expires: June 13, 2028

OFFICIAL STAMP
RACHEL LEE HAMM
NOTARY PUBLIC - OREGON
COMMISSION NO. 1049033
MY COMMISSION EXPIRES JUNE 13, 2028

Exhibit A — Legal Description

**Attached: Exhibit A – Full Legal Description**

# EXHIBIT "A"

**Order No.:** 473817000911

PARCEL 1: Beginning at a point on the West line of the David A. Cloninger Donation Land Claim which is North 21° 08' East 567.92 feet from the Southwest corner of said Donation Land Claim in Section 36, Township 4 North, Range 2 West, of the Willamette Meridian, Columbia County, Oregon, said point being the Northeast corner of the Ellen O. Welter tract as described in Parcel 1 of Deed Recorded June 17, 1969 in Book 173, page 594, Deed Records of Columbia County, Oregon; thence North 87° 16' West 275.4 feet to a point; thence North 2° 44' East 175 feet to a point; thence South 87° 16' East 331.61 feet to the West line of said Donation Land Claim; thence South 21°08' West along the West line of said Donation Land Claim, 184.43 feet to the point of beginning.

PARCEL 2: Beginning at a point which is North 21°08' East 567.92 feet and North 87°16' West 275.4 feet and North 2°44' East 175.0 feet from the Southwest corner of the David A. Cloninger Donation Land Claim in Section 36, Township 4 North, Range 2 West, Willamette Meridian, Columbia County, Oregon; thence South 2°44' West a distance of 20.0 feet to a point; thence North 87°16' West 248.91 feet to the East right of way line of the Bonneville Power Administration Power line easement; thence North 2°44' East along the East line of said Easement 20.0 feet to a point; thence South 87°16' East a distance of 248.91 feet to the point of beginning.

PARCEL 3: A non-exclusive roadway easement over the following described property: Beginning at a point on the West line of the David A. Cloninger Donation Land Claim in Section 36, Township 4 North, Range 2 West of the Willamette Meridian, Columbia County, Oregon, which point is North 21°08' East 31.3 feet from the Southwest corner of said David A. Cloninger Donation Land Claim; thence South 72°35' East a distance of 994.63 feet; thence South 9°33' West a distance of 335.58 feet to the Northerly right of way line of the County Road; thence North 89°38' West, along said right of way a distance of 60.78 feet; thence North 9°33' East a distance of 293.0 feet; thence North 72°35' West a distance of 937.47 feet; thence North 81°53' West 446.50 feet, more or less, to the Westerly right of way line of the Bonneville Power Administration's right of way as described in Final Judgment in Declaration of Taking by United States of America, recorded May 26, 1941 in Book 68, page 266, Deed Records of Columbia County, Oregon; thence North 2°44' East, along said Westerly right of way line of the Bonneville Power Administration right of way a distance of 897.89 feet; thence South 87°16' East a distance of 100.0 feet to the East line of said Bonneville Power Administration's Right of Way; thence South 2°44' West a distance of 847.04 feet to the Northerly line of said roadway easement; thence South 81°52' East to the point of beginning.

Grantors herein reserves an easement over Parcel 2 unto its heirs and/or assigns for ingress and egress for the benefit of their remaining property.