COLUMBIA COUNTY, OREGON 2025-06917
M-ASNTD
Cnt=1 Pgs=1 GOLSONK 11/25/2025 11:20:02 AM
$5.00 $11.00 $10.00 $60.00 $5.00 $91.00

I, Debbie Klug, County Clerk for Columbia County, Oregon, certify that the instrument identified herein was recorded in the Clerk records.

Debbie Klug - County Clerk

**When Recorded Return To:**
**PennyMac Loan Services, LLC**
**C/O Nationwide Title Clearing,**
**LLC 2100 Alt. 19 North**
**Palm Harbor, FL 34683**

# CORPORATE ASSIGNMENT OF DEED OF TRUST

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS DESIGNATED NOMINEE FOR LOANSTAR HOME LOANS, LLC, DBA LOANSTAR HOME LENDING, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Deed of Trust, all liens, and any rights due or to become due thereon to **PENNYMAC LOAN SERVICES, LLC, WHOSE ADDRESS IS 3043 TOWNSGATE ROAD STE 200, WESTLAKE VILLAGE, CA 91361 (800)777-4001, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Deed of Trust is dated 06/26/2017, and executed by **IVAN HIGGS AND JENNIFER THOMAS** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS DESIGNATED NOMINEE FOR LOANSTAR HOME LOANS, LLC, DBA LOANSTAR HOME LENDING, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS,** and recorded on 06/28/2017, in **Fee # 2017-006018**, in the office of the Recorder of **COLUMBIA** County, **Oregon**.

**Dated this 25th day of November in the year 2025**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS DESIGNATED NOMINEE FOR LOANSTAR HOME LOANS, LLC, DBA LOANSTAR HOME LENDING, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS**

M. Jones

**MONYAI JONES**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF MICHIGAN
COUNTY OF OAKLAND
The foregoing instrument was acknowledged before me on this 25th day of November in the year 2025 by Monyai Jones as VICE PRESIDENT who is/are authorized to execute this instrument on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS DESIGNATED NOMINEE FOR LOANSTAR HOME LOANS, LLC, DBA LOANSTAR HOME LENDING, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS. He/she/they is (are) personally known to me.

Cierra Griffin

**CIERRA GRIFFIN**
**COMM EXPIRES: 1/24/2031**

CIERRA GRIFFIN
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Jan 24, 2031
ACTING IN COUNTY OF Oakland

This notarization was performed using electronic technology by Nationwide Title Clearing, LLC.

PMAC1 448425140 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) MIN 101232000000387668 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 DOCR T252511-10:43:47 [C-1] EFRMOR1

*D0119903018*