MERS® ServicerID

# 1 Record Matched Your Search

Need Help?

MIN: **1012320-0000038766-8**

Note Date: **06/26/2017**

MIN Status: **Inactive**

Servicer: PennyMac Corp.

**Westlake Village, CA**

Phone: **(866) 695-4122**

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

Return to Search

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to www.mersinc.org

© 2026 MERSCORP Holdings, Inc. All rights reserved.