MERS® System

| ENVIRONMENT | ORG ID |
|---|---|
| www.mersonline.org | 1009313 |

# Milestones For 1012320-0000038766-8

| Description | Date | Initiating Organization / User | | Milestone Information |
|---|---|---|---|---|
| Transfer Beneficial Rights - Option 1 | 07/20/2017 | 1000130<br>Batch User ID | Fannie Mae | MIN Status: Active (Registered)<br>New Investor: 1000130 Fannie Mae<br>OldInvestor: 1009313 PennyMac Corp.<br>Batch Number: 16939473<br>Transfer Date: 07/20/2017 |
| Transfer of Flow TOS/TOB Servicing Rights | 07/14/2017 | 1012320<br>Jason Brown | LoanStar Home Loans, LLC | MIN Status: Active (Registered)<br>New Investor: 1009313 PennyMac Corp.<br>OldInvestor: 1012320 LoanStar Home Loans, LLC<br>Batch Number: 16913859<br>Transfer Date: 07/13/2017 |
| Transfer of Flow TOS/TOB Servicing Rights | 07/14/2017 | 1012320<br>Jason Brown | LoanStar Home Loans, LLC | MIN Status: Active (Registered)<br>New Servicer: 1009313 PennyMac Corp.<br>OldServicer: 1012320 LoanStar Home Loans, LLC<br>Batch Number: 16913859<br>Sale Date: 07/13/2017<br>Transfer Date: 07/13/2017 |
| Release Interim Funder Interests | 07/14/2017 | 1007532<br>Batch | Legacy Texas Bank (Warehouse) | MIN Status: Active (Registered)<br>OldInterim Funder: 1007532 Legacy Texas Bank (Warehouse) |
| Registration | 06/28/2017 | 1012320<br>Batch | LoanStar Home Loans, LLC | MIN Status: Active (Registered)<br>Servicer: 1012320 LoanStar Home Loans, LLC |

© 2025 MERSCORP Holdings, Inc. All rights reserved.