PENNYMAC

P.O.Box 514387
Los Angeles, CA 90051-4387
(800) 777-4001
*fax* (866) 577-7205
NMLS # 35953

August 14, 2025

Ivan Higgs
54248 Kalberer Rd
Scappoose, OR 97056-2303

Loan Number: 8013227809
Property Address: 54248 Kalberer Rd
Scappoose, OR 97056

Dear Ivan Higgs:

PennyMac Loan Services, LLC is in receipt of your request for the investor/owner of the referenced loan.

As requested, the owner/investor is Federal National Mortgage Association, whose address is Midtown Center, 1100 15th Street, NW, Washington, DC 20005, and telephone number is (800) 232-6643. However, at their request all loan inquiries should be directed to the current loan servicer, Pennymac Loan Services, LLC. Our contact information is as follows:

| Payment Address | Correspondence Address |
|---|---|
| P.O. Box 30597 | P.O. Box 514387 |
| Los Angeles, CA 90030-0597 | Los Angeles, CA 90051 |

Phone # (800) 777-4001
Fax # (866) 577-7205

If your correspondence included a request for additional documentation and/or research, please be assured we are in the process of conducting a full review of the loan as it relates to your inquiry. Upon completion of the review, a response letter will be mailed to you detailing our findings and action taken.

In all of our interactions with you, we are committed to being accountable, reliable, and ethical through actions that reflect our core company values.

If you have further questions or would like additional information, please call our Customer Service Department at (800) 777-4001. Our office hours are 5:00 AM to 6:00 PM PT, Monday through Friday, and 7:00 AM to 11:00 AM PT, Saturday.