PENNYMAC®

P.O.Box 514387
Los Angeles, CA 90051-4387
(800) 777-4001
*fax* (866) 577-7205
NMLS # 35953

September 25, 2025

Ivan Higgs
54248 Kalberer Rd.
Scappoose, OR 97056-2303

Loan Number: 8013227809
Property Address: 54248 Kalberer Rd.
Scappoose, OR 97056

Dear Ivan Higgs:

This letter is in response to your correspondence received on September 18, 21, and 22, 2025, addressed to PennyMac Loan Services, LLC ("Pennymac"), regarding the above-referenced loan.

My research confirmed that Pennymac previously responded to similar concerns with our letter dated August 18, 2025 (copy enclosed). Pennymac's position regarding this matter remains unchanged; however, I have addressed your new concerns below.

Your correspondence is overly broad and lacks specificity. Therefore, I have gathered the following information for your review; however, if you requested any documents or information that we have not included, we have determined your request to be unduly burdensome, irrelevant to the servicing of the loan, or the information you requested is considered proprietary.

Allow me to confirm your request has been completed. A cease and desist has been added to the loan, and we have removed your phone number from our system. However, please be advised that certain written notices as required by the terms of your signed loan documents, State, and Federal law, will continue until the loan is paid in full or foreclosure proceedings are completed.

As requested, a Compact Disc ("CD") consisting of all recordings of calls you have had with Pennymac representatives has been ordered and will be mailed to you under separate cover. Further, allow me to confirm that Pennymac keeps a detailed record of all customer interactions, which may be available upon written request.

As previously explained, the servicing of the loan transferred from LoanStar Home Loans, LLC to Pennymac, effective August 1, 2017. Allow me to clarify that, as your loan originated in the Mortgage Electronic Registration System ("MERS"), all transfers of the loan have been documented therein. Loans that originate in MERS will only have any Assignments recorded when the loan is transferred from MERS to another entity, either during the servicing of the loan or at the time of payoff. To date, your loan remains registered within MERS. I have enclosed another copy of the MERS Milestone report provided with our previous response for your reference. I have also enclosed an additional copy of your signed Note, per your request.

As you are aware, the loan originated with an escrow account to collect funds to pay for tax and insurance invoices on your behalf. I have enclosed copies of your signed First Payment Letter, Closing Disclosure, and Initial Escrow Account Disclosure Statement for reference.

Exhibit 5

Since our acquisition of the loan, Pennymac remitted payments for your Safeco policy number OP6146038 on June 14, 2018, and for your Allstate policy number 807692176 each year between March 20, 2019, and February 28, 2025, in accordance with your signed loan documents. I have enclosed a Customer Account Activity Statement, which outlines all financial activity on the account, for your review.

As you claimed that you had also paid these policy premiums each year, on September 22, 2025, Pennymac called you insurance agent Tye Bearden and spoke with Karen, who advised that there was no record of any duplicate payments. Per Karen, the premium invoice we received we received for the period of March 21, 2025, to March 21, 2026, for $2,527.46, did not include your renewal discount, and the premium for that term was ultimately adjusted to $2,188.27. Karen confirmed that a refund check in the amount of $400.50 was mailed to you directly on April 1, 2025. As of the date of this letter, Pennymac has not received any refunds for insurance premiums; however, we updated your account to reflect the updated premium amount of $2,188.27.

Accordingly, on September 25, 2025, we completed an out of cycle escrow analysis to update your payment amount. This analysis reflected your annual county taxes of $5,798.63, and a reduction in your homeowners insurance from $2,527.46 to $2,188.27. As a result, your base monthly escrow payment decreased from $698.95 to $665.57, and the analysis reflected a shortage of $856.66. The shortage was the result of our prior payment of bills that were higher than what was collected for, lessened by the reduction in your homeowners insurance premium. The shortage was spread over twelve (12) months, resulting in a decrease in your total payment amount from $2,776.01 to $2,743.40, effective with the August 2025 payment.

Please note, if you choose to return the $400.50 refund Allstate issued to you, to your escrow account, this would reduce the shortage amount to $456.66 and your payment amount to $2,710.07, effective with the August 2025 payment. If you would like to make arrangements to deposit the refund into your escrow account, please contact our Customer Service Department at (800) 777-4001. However, at this time, we disagree that further adjustments to your escrow account are needed, nor do we agree that Pennymac owes you any refund(s) at this time.

As you requested, I have enclosed copies of all Escrow Account Disclosure Statements issued to you by Pennymac and the documents previously ordered and which were sent to you under separate cover. Additionally, an updated Payoff Demand Statement and a Reinstatement Quote have been ordered and will also be sent to you under separate cover.

The Fair Credit Reporting Act requires us to report factual and accurate information to the National Credit Agencies to whom we report (Equifax, Experian, Innovis, and TransUnion). Further, allow me to confirm that Pennymac complies with Metro-2 and Consumer Data Industry Association guidelines pertaining to credit reporting. We will not furnish any adverse information pertaining to your loan while we are responding to your concerns, and the account will reflect disputed until our response to your concerns is furnished. Should you have additional inquiries regarding the credit reporting, you may contact the credit agencies directly at their contact information listed below:

| Equifax | Experian | Innovis | TransUnion |
|---|---|---|---|
| P.O. Box 740256 | P.O. Box 4500 | P.O. Box 1640 | P.O. Box 2000 |
| Atlanta, GA 30374 | Allen, TX 75013 | Pittsburgh, PA 15230 | Chester, PA 19016 |
| (866) 349-5191 | (888) 397-3742 | (800) 540-2505 | (800) 916-8800 |
| www.equifax.com | www.experian.com | www.innovis.com | www.transunion.com |

As of the date of this letter, the loan is due for the August 2025 and all subsequent payments. The unpaid principal balance is $315,566.66, which does not include fees and costs associated with the delinquency. I have enclosed a Customer Account Activity Statement reflecting activity that has occurred since Pennymac began servicing the loan.

If you are struggling to afford your monthly payments and would like to explore financial assistance that may be available to you through Pennymac, please either contact our Loss Mitigation Department at (866) 545-9070, or complete and return the enclosed Mortgage Assistance Application ("MAA") to Pennymac via the mailing address or fax number in the above letterhead.

In providing the above response, Pennymac is not limiting or waiving any rights or remedies it may now or hereafter have, whether arising under the loan documents, at law or in equity, all of which rights and remedies are expressly reserved.

Thank you for allowing me to address your concerns. In accordance with the Real Estate Settlement Procedures Act ("RESPA"), you have the right to request documents that we relied upon in reaching our determination; therefore, I have enclosed the supporting documents for your convenience.

In all of our interactions with you, we are committed to being accountable, reliable, and ethical through actions that reflect our core company values.

Should you have further questions related to the matter above, you may contact me directly at (888) 381-4129, extension 29476. My office hours are 8:00 AM to 5:00 PM PT, Monday through Friday.

Sincerely,

*Dawn Frederiksen*

Dawn Frederiksen
Priority Complaint Specialist
Pennymac Loan Services, LLC

Enclosures

PENNYMAC

P.O. BOX 514387
LOS ANGELES, CA 90051-4387

**Notice Date:** September 25, 2025

**Loan Number:** 8013227809
**Property Address:**
54248 Kalberer Rd.
Scappoose, OR 97056

Ivan Higgs
54248 Kalberer Rd.
Scappoose, OR 97056-2303

## REGARDING YOUR LOAN

At PennyMac Loan Services, LLC ("Pennymac"), we strive to provide our customers with timely communications and best-in-class customer service. The purpose of this letter is to inform you that we have received your written request for research on the above referenced loan.

## WHY YOU RECEIVED THIS NOTICE

We are currently conducting a full review of your loan as it relates to your inquiry. Upon completion of the review, a response letter will be mailed to you detailing our findings and action taken. If your inquiry is in reference to a payment dispute, Pennymac will not furnish adverse information to any consumer agency regarding the disputed payment for 60 days.

## WHAT YOU SHOULD DO

This letter does not require any action to be taken on your part. It is simply a courtesy notice about the status of your inquiry.

## PENNYMAC APPRECIATES YOUR BUSINESS

If you have additional questions, please call our Customer Service Department toll free at 800.777.4001. Our experienced Loan Specialists are available from 5:00 AM to 6:00 PM PT Monday through Friday, and 7:00 AM to 11:00 AM PT on Saturday.

| **Toll-Free: 800.777.4001** | **Website: PENNYMAC.COM** | **Payments:** | **Correspondence:** |
|---|---|---|---|
| M – F 5:00 AM - 6:00 PM PT<br>SAT 7:00 AM - 11:00 AM PT<br>Toll-Free Fax: 866.577.7205 | **Secure Messaging Online:**<br>Create an account and/or log in to PENNYMAC.COM, then look for the Secured Message Center to communicate with us securely. | **Standard Address:**<br>P.O. Box 30597<br>Los Angeles, CA 90030-0597<br>**Overnight Address:**<br>Attn: Lockbox Operations<br>20500 Belshaw Ave.<br>Carson, CA 90746<br>**(Please do not send correspondence)** | Attn: Correspondence Unit<br>P.O. Box 514387<br>Los Angeles, CA 90051-4387<br>**(Please do not send payments)** |

PENNYMAC®

P.O.Box 514387
Los Angeles, CA 90051-4387
(800) 777-4001
*fax* (866) 577-7205
NMLS # 35953

September 26, 2025

Ivan Higgs
54248 Kalberer Rd
Scappoose, OR 97056-2303

| | |
|---|---|
| Loan Number: | 8013227809 |
| Property Address: | 54248 Kalberer Rd<br>Scappoose, OR 97056 |

Dear Ivan Higgs:

This letter is in response to your correspondence received on September 5, 2025, addressed to PennyMac Loan Services, LLC ("Pennymac"), regarding the above-referenced loan.

My research confirmed that Pennymac previously responded to similar concerns with our letter dated August 18, 2025. Pennymac's position regarding this matter remains unchanged. As the above response was previously provided to you, it is not enclosed with this response.

In providing the above response, Pennymac is not limiting or waiving any rights or remedies it may now or hereafter have, whether arising under the loan documents, at law or in equity, all of which rights and remedies are expressly reserved.

In all of our interactions with you, we are committed to being accountable, reliable, and ethical through actions that reflect our core company values.

Sincerely,

*Zully Viramontes*

Zully Viramontes
Research Department
PennyMac Loan Services, LLC