# TRUSTEE'S NOTICE OF SALE

TS No.: 144620-OR
Loan No.: ******7809

Reference is made to that certain trust deed (the "Deed of Trust") executed by IVAN HIGGS AND JENNIFER THOMSON, as Grantor, to TICOR TITLE, as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS DESIGNATED NOMINEE FOR LOANSTAR HOME LOANS, LLC, DBA LOANSTAR HOME LENDING, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS, as Beneficiary, dated 6/26/2017, recorded 6/28/2017, as Instrument No. 2017-006018, in the Official Records of Columbia County, Oregon, which covers the following described real property situated in Columbia County, Oregon:

**PARCEL 1: BEGINNING AT A POINT ON THE WEST LINE OF THE DAVID A. CLONINGER DONATION LAND CLAIM WHICH IS NORTH 21° 08' EAST 567.92 FEET FROM THE SOUTHWEST CORNER OF SAID DONATION LAND CLAIM IN SECTION 36, TOWNSHIP 4 NORTH, RANGE 2 WEST, OF THE WILLAMETTE MERIDIAN, COLUMBIA COUNTY, OREGON, SAID POINT BEING THE NORTHEAST CORNER OF THE ELLEN O. WELTER TRACT AS DESCRIBED IN PARCEL 1 OF DEED RECORDED JUNE 17, 1969 IN BOOK 173, PAGE 594, DEED RECORDS OF COLUMBIA COUNTY, OREGON; THENCE NORTH 87° 16' WEST 275,4 FEET TO A POINT; THENCE NORTH 2° 44' EAST 175 FEET TO A POINT; THENCE SOUTH 87° 16' EAST 331.61 FEET TO THE WEST LINE OF SAID DONATION LAND CLAIM; THENCE SOUTH 21'08' WEST ALONG THE WEST LINE OF SAID DONATION LAND CLAIM, 184.43 FEET TO THE POINT OF BEGINNING.**

**PARCEL 2: BEGINNING AT A POINT WHICH IS NORTH 21'08' EAST 567.92 FEET AND NORTH 87°16' WEST 275.4 FEET AND NORTH 2°44' EAST 175.0 FEET FROM THE SOUTHWEST CORNER OF THE DAVID A. CLONINGER DONATION LAND CLAIM IN SECTION 36, TOWNSHIP 4 NORTH, RANGE 2 WEST, WILLAMETTE MERIDIAN, COLUMBIA COUNTY, OREGON; THENCE SOUTH 2°44' WEST A DISTANCE OF 20.0 FEET TO A POINT; THENCE NORTH 87'16' WEST 248.91 FEET TO THE EAST RIGHT OF WAY LINE OF THE BONNEVILLE POWER ADMINISTRATION POWER LINE EASEMENT; THENCE NORTH 2°44' EAST ALONG THE EAST LINE OF SAID EASEMENT 20.0 FEET TO A POINT; THENCE SOUTH 87°16' EAST A DISTANCE OF 248.91 FEET TO THE POINT OF BEGINNING.**

**PARCEL 3: A NON-EXCLUSIVE ROADWAY EASEMENT OVER THE FOLLOWING DESCRIBED PROPERTY: BEGINNING AT A POINT ON THE WEST LINE OF THE DAVID A. CLONINGER DONATION LAND CLAIM IN SECTION 36, TOWNSHIP 4 NORTH, RANGE 2 WEST OF THE WILLAMETTE MERIDIAN, COLUMBIA COUNTY, OREGON, WHICH POINT IS NORTH 21°08' EAST 31.3 FEET FROM THE SOUTHWEST CORNER OF SAID DAVID A. CLONINGER DONATION LAND CLAIM; THENCE SOUTH 72°35' EAST A DISTANCE OF 994.63 FEET; THENCE SOUTH 9°33' WEST A DISTANCE OF 335.58 FEET TO THE NORTHERLY RIGHT OF WAY LINE OF THE COUNTY ROAD; THENCE NORTH 89°38' WEST, ALONG SAID RIGHT OF WAY A DISTANCE OF 60.78 FEET; THENCE NORTH 9°33' EAST A DISTANCE OF 293.0 FEET; THENCE NORTH 72°35' WEST A DISTANCE OF 937.47 FEET; THENCE NORTH 81°53' WEST 446.50 FEET, MORE OR LESS, TO THE WESTERLY RIGHT OF WAY LINE OF THE BONNEVILLE POWER ADMINISTRATION'S RIGHT OF WAY AS DESCRIBED IN FINAL JUDGMENT IN DECLARATION OF TAKING BY UNITED STATES OF AMERICA, RECORDED MAY 26, 1941 IN BOOK 68, PAGE 266, DEED RECORDS OF COLUMBIA COUNTY, OREGON; THENCE NORTH 2°44' EAST, ALONG SAID WESTERLY RIGHT OF WAY LINE OF THE BONNEVILLE POWER ADMINISTRATION RIGHT OF WAY A DISTANCE OF 897.89 FEET; THENCE SOUTH 87°16' EAST A DISTANCE OF 100.0 FEET TO THE EAST LINE OF SAID BONNEVILLE POWER ADMINISTRATION'S RIGHT OF WAY; THENCE SOUTH 2°44' WEST A DISTANCE OF 847.04 FEET TO THE NORTHERLY LINE OF SAID ROADWAY EASEMENT; THENCE SOUTH 81°52' EAST TO THE POINT OF BEGINNING.**

TS No.: 144620-OR
Loan No.: ******7809

**APN: 8458 / 4N2W36-C0-00300**

Commonly known as:
**54248 KALBERER RD**
**SCAPPOOSE, OR 97056**

The current beneficiary is:
**PennyMac Loan Services, LLC**

Both the beneficiary and the trustee have elected to sell the above-described real property to satisfy the obligations secured by the Deed of Trust and notice has been recorded pursuant to ORS 86.752(3). The default for which the foreclosure is made is the grantor's failure to pay when due, the following sums:

| *Delinquent Payments:* Dates: | No. | Amount | Total: |
|---|---|---|---|
| 08/01/25 thru 05/01/26 | 10 | $2,743.40 | $27,434.00 |
| *Late Charges:* | | | $501.60 |
| *Beneficiary Advances:* | | | $1,435.00 |
| | | ***Total Required to Reinstate:*** | **$29,370.60** |
| | | ***TOTAL REQUIRED TO PAYOFF:*** | **$335,058.81** |

By reason of the default, the beneficiary has declared all obligations secured by the Deed of Trust immediately due and payable, including: the principal sum of $315,566.66 together with interest thereon at the rate of 4.125 % per annum, from 7/1/2025 until paid, plus all accrued late charges, and all trustee's fees, foreclosure costs, and any sums advanced by the beneficiary pursuant to the terms and conditions of the Deed of Trust

Whereof, notice hereby is given that the undersigned trustee, CLEAR RECON CORP, whose address is 3333 Camino Del Rio South, Suite 225, San Diego, CA 92108, will on **10/13/2026**, at the hour of **9:00 AM**, standard time, as established by ORS 187.110, **AT THE FRONT ENTRANCE TO THE COLUMBIA COUNTY COURTHOUSE, 230 STRAND STREET, ST. HELENS, OR 97051**, sell at public auction to the highest bidder in the form of cash equivalent (certified funds or cashier's check) the interest in the above-described real property which the grantor had or had power to convey at the time it executed the Deed of Trust, together with any interest which the grantor or his successors in interest acquired after the execution of the Deed of Trust, to satisfy the foregoing obligations thereby secured and the costs and expenses of sale, including a reasonable charge by the trustee. Notice is further given that any person named in ORS 86.778 has the right to have the foreclosure proceeding dismissed and the Deed of Trust reinstated by payment to the beneficiary of the entire amount then due (other than the portion of principal that would not then be due had no default occurred), together with the costs, trustee's and attorneys' fees, and curing any other default complained of in the Notice of Default by tendering the performance required under the Deed of Trust at any time not later than five days before the date last set for sale.

Without limiting the trustee's disclaimer of representations or warranties, Oregon law requires the trustee to state in this notice that some residential property sold at a trustee's sale may have been used in manufacturing methamphetamines, the chemical components of which are known to be toxic. Prospective purchasers of residential property should be aware of this potential danger before deciding to place a bid for this property at the trustee's sale.

TS No.: 144620-OR
Loan No.: ******7809

# NOTICE TO RESIDENTIAL TENANTS

The property in which you are living is in foreclosure. A foreclosure sale is scheduled for **10/13/2026** at **AT THE FRONT ENTRANCE TO THE COLUMBIA COUNTY COURTHOUSE, 230 STRAND STREET, ST. HELENS, OR 97051** at **9:00 AM**. The date of this sale may be postponed. Unless the lender that is foreclosing on this property is paid before the sale date, the foreclosure will go through and someone new will own this property. After the sale, the new owner is required to provide you with contact information and notice that the sale took place.

The following information applies to you only if you are a bona fide tenant occupying and renting this property as a residential dwelling under a legitimate rental agreement. The information does not apply to you if you own this property or if you are not a bona fide residential tenant.

If the foreclosure sale goes through, the new owner will have the right to require you to move out. Before the new owner can require you to move, the new owner must provide you with written notice that specifies the date by which you must move out. If you do not leave before the move-out date, the new owner can have the sheriff remove you from the property after a court hearing. You will receive notice of the court hearing.

## PROTECTION FROM EVICTION

IF YOU ARE A BONA FIDE TENANT OCCUPYING AND RENTING THIS PROPERTY AS A RESIDENTIAL DWELLING, YOU HAVE THE RIGHT TO CONTINUE LIVING IN THIS PROPERTY AFTER THE FORECLOSURE SALE FOR:

•60 DAYS FROM THE DATE YOU ARE GIVEN A WRITTEN TERMINATION NOTICE, IF YOU HAVE A FIXED TERM LEASE; OR

•AT LEAST 30 DAYS FROM THE DATE YOU ARE GIVEN A WRITTEN TERMINATION NOTICE, IF YOU HAVE A MONTH-TO-MONTH OR WEEK-TO-WEEK RENTAL AGREEMENT.

If the new owner wants to move in and use this property as a primary residence, the new owner can give you written notice and require you to move out after 30 days, even though you have a fixed term lease with more than 30 days left.

You must be provided with at least 30 days' written notice after the foreclosure sale before you can be required to move.

A bona fide tenant is a residential tenant who is not the borrower (property owner) or a child, spouse or parent of the borrower, and whose rental agreement:

•Is the result of an arm's-length transaction;

•Requires the payment of rent that is not substantially less than fair market rent for the property, unless the rent is reduced or subsidized due to a federal, state or local subsidy; and

•Was entered into prior to the date of the foreclosure sale.

## ABOUT YOUR TENANCY BETWEEN NOW AND THE FORECLOSURE SALE: RENT

YOU SHOULD CONTINUE TO PAY RENT TO YOUR LANDLORD UNTIL THE PROPERTY IS SOLD OR UNTIL A COURT TELLS YOU OTHERWISE. IF YOU DO NOT PAY RENT, YOU CAN BE EVICTED. BE SURE TO KEEP PROOF OF ANY PAYMENTS YOU MAKE.

## SECURITY DEPOSIT

TS No.: 144620-OR
Loan No.: ******7809

In construing this notice, the masculine gender includes the feminine and the neuter, the singular includes plural, the word "grantor" includes any successor in interest to the grantor as well as any other persons owing an obligation, the performance of which is secured by the Deed of Trust, the words "trustee" and "beneficiary" include their respective successors in interest, if any.

Dated: 5/28/2026

**CLEAR RECON CORP**
**3333 Camino Del Rio South, Suite 225**
**San Diego, CA 92108**
**Phone: 858-750-7777**
**866-931-0036**

Hamsa Uchi, **Authorized Signatory of Trustee**

THIS IS WHAT YOU CAN DO TO STOP THE SALE:

1. You can pay the amount past due or correct any other default, up to five days before the sale.
2. You can refinance or otherwise pay off the loan in full anytime before the sale.
3. You can call **PennyMac Loan Services, LLC** at **866-545-9070** to find out if your lender is willing to give you more time or change the terms of your loan.
4. You can sell your home, provided the sale price is enough to pay what you owe.

There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and phone number of an organization near you, call the statewide toll-free phone contact number at 855-480-1950. You may also wish to talk to a lawyer. If you need help finding a lawyer, call the Oregon State Bar's Lawyer Referral Service at 503-684-3763 or toll-free in Oregon at 800-452-7636 or visit its website at: www.osbar.org. Legal assistance may be available if you have a low income and meet federal poverty guidelines. For more information and a directory of legal aid programs, go to http://www.oregonlawhelp.org.

If you are a veteran of the armed forces, assistance may be available from a county veterans' service officer or community action agency. Contact information for a local county veterans' service officer and community action agency may be obtained by calling a 2-1-1 information service.

**WARNING:** You may get offers from people saying they can help you keep your property. Be careful about those offers. Make sure you understand any papers you are asked to sign. If you have any questions, talk to a lawyer or one of the organizations mentioned above before signing.

Dated: **5/28/2026**

Trustee name: Clear Recon Corp.

Trustee signature: ____________________ Hamsa Uchi

Trustee telephone number: 858-750-7777

Trustee Sale No.: 144620-OR

144620-OR

# NOTICE:

## YOU ARE IN DANGER OF LOSING YOUR PROPERTY IF YOU DO NOT TAKE ACTION IMMEDIATELY

**This notice is about your mortgage loan on your property at:**

**54248 KALBERER RD**
**SCAPPOOSE, OR 97056**

Your lender has decided to sell this property because the money due on your mortgage loan has not been paid on time or because you have failed to fulfill some other obligation to your lender. This is sometimes called "foreclosure." The amount you would have had to pay as of **5/28/2026** to bring your mortgage loan current was **$29,370.60**. The amount you must now pay to bring your loan current may have increased since that date.

By law, your lender has to provide you with details about the amount you owe, if you ask. You may call **(858) 750-7777** to find out the exact amount you must pay to bring your mortgage loan current and to get other details about the amount you owe.

You may also get these details by sending a request by certified mail to:

Clear Recon Corp
1915 NE Stucki Avenue, 4th Floor
Hillsboro, OR 97006
Phone: 866-931-0036

## THIS IS WHEN AND WHERE YOUR PROPERTY WILL BE SOLD IF YOU DO NOT TAKE ACTION:

Date and time: 10/13/2026 at 9:00 AM

Place: AT THE FRONT ENTRANCE TO THE COLUMBIA COUNTY COURTHOUSE, 230 STRAND STREET, ST. HELENS, OR 97051

144620-OR

# NOTICE:

## YOU ARE IN DANGER OF LOSING YOUR PROPERTY IF YOU DO NOT TAKE ACTION IMMEDIATELY

**This notice is about your mortgage loan on your property at:**

**54248 KALBERER RD**
**SCAPPOOSE, OR 97056**

Your lender has decided to sell this property because the money due on your mortgage loan has not been paid on time or because you have failed to fulfill some other obligation to your lender. This is sometimes called "foreclosure." The amount you would have had to pay as of **5/28/2026** to bring your mortgage loan current was **$29,370.60**. The amount you must now pay to bring your loan current may have increased since that date.

By law, your lender has to provide you with details about the amount you owe, if you ask. You may call **(858) 750-7777** to find out the exact amount you must pay to bring your mortgage loan current and to get other details about the amount you owe.

You may also get these details by sending a request by certified mail to:

Clear Recon Corp
1915 NE Stucki Avenue, 4th Floor
Hillsboro, OR 97006
Phone: 866-931-0036

## THIS IS WHEN AND WHERE YOUR PROPERTY WILL BE SOLD IF YOU DO NOT TAKE ACTION:

Date and time: 10/13/2026 at 9:00 AM

Place: AT THE FRONT ENTRANCE TO THE COLUMBIA COUNTY COURTHOUSE, 230 STRAND STREET, ST. HELENS, OR 97051

TS No.: 144620-OR
Loan No.: ******7809

You may apply your security deposit and any rent you paid in advance against the current rent you owe your landlord as provided in ORS 90.367. To do this, you must notify your landlord in writing that you want to subtract the amount of your security deposit or prepaid rent from your rent payment. You may do this only for the rent you owe your current landlord. If you do this, you must do so before the foreclosure sale. The business or individual who buys this property at the foreclosure sale is not responsible to you for any deposit or prepaid rent you paid to your landlord.

ABOUT YOUR TENANCY
AFTER THE FORECLOSURE SALE

The new owner that buys this property at the foreclosure sale may be willing to allow you to stay as a tenant instead of requiring you to move out after 30 or 60 days. After the sale, you should receive a written notice informing you that the sale took place and giving you the new owner's name and contact information. You should contact the new owner if you would like to stay. If the new owner accepts rent from you, signs a new residential rental agreement with you or does not notify you in writing within 30 days after the date of the foreclosure sale that you must move out, the new owner becomes your new landlord and must maintain the property. Otherwise:

•You do not owe rent;

•The new owner is not your landlord and is not responsible for maintaining the property on your behalf; and

•You must move out by the date the new owner specifies in a notice to you.

The new owner may offer to pay your moving expenses and any other costs or amounts you and the new owner agree on in exchange for your agreement to leave the premises in less than 30 or 60 days. You should speak with a lawyer to fully understand your rights before making any decisions regarding your tenancy.

IT IS UNLAWFUL FOR ANY PERSON TO TRY TO FORCE YOU TO LEAVE YOUR DWELLING UNIT WITHOUT FIRST GIVING YOU WRITTEN NOTICE AND GOING TO COURT TO EVICT YOU. FOR MORE INFORMATION ABOUT YOUR RIGHTS, YOU SHOULD CONSULT A LAWYER. If you believe you need legal assistance, contact the Oregon State Bar and ask for the lawyer referral service. Contact information for the Oregon State Bar is included with this notice. If you do not have enough money to pay a lawyer and are otherwise eligible, you may be able to receive legal assistance for free. Information about whom to contact for free legal assistance is included with this notice.

Trustee: CLEAR RECON CORP
3333 Camino Del Rio South, Suite 225
San Diego, CA 92108

Oregon State Bar Lawyer Referral Service: (503)684-3763 or (800)452-7636
http://www.osbar.org; http://www.osbar.org/public/ris/ris.html#referral

Oregon Law Help: http://oregonlawhelp.org/OR/index.cfm

Free Legal Assistance: http://www.oregonlawcenter.org/
Portland (503)473-8329
Coos Bay (800)303-3638
Ontario (888)250-9877
Salem (503)485-0696
Grants Pass (541)476-1058
Woodburn (800)973-9003
Hillsboro (877)726-4381

THIS IS WHAT YOU CAN DO TO STOP THE SALE:

1. You can pay the amount past due or correct any other default, up to five days before the sale.
2. You can refinance or otherwise pay off the loan in full anytime before the sale.
3. You can call **PennyMac Loan Services, LLC** at **866-545-9070** to find out if your lender is willing to give you more time or change the terms of your loan.
4. You can sell your home, provided the sale price is enough to pay what you owe.

There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and phone number of an organization near you, call the statewide toll-free phone contact number at 855-480-1950. You may also wish to talk to a lawyer. If you need help finding a lawyer, call the Oregon State Bar's Lawyer Referral Service at 503-684-3763 or toll-free in Oregon at 800-452-7636 or visit its website at: www.osbar.org. Legal assistance may be available if you have a low income and meet federal poverty guidelines. For more information and a directory of legal aid programs, go to http://www.oregonlawhelp.org.

If you are a veteran of the armed forces, assistance may be available from a county veterans' service officer or community action agency. Contact information for a local county veterans' service officer and community action agency may be obtained by calling a 2-1-1 information service.

**WARNING:** You may get offers from people saying they can help you keep your property. Be careful about those offers. Make sure you understand any papers you are asked to sign. If you have any questions, talk to a lawyer or one of the organizations mentioned above before signing.

Dated: **5/28/2026**

Trustee name: Clear Recon Corp.

Trustee signature: ______________________ Hamsa Uchi

Trustee telephone number: 858-750-7777

Trustee Sale No.: 144620-OR

# TRUSTEE'S NOTICE OF SALE

TS No.: 144620-OR
Loan No.: ******7809

Reference is made to that certain trust deed (the "Deed of Trust") executed by IVAN HIGGS AND JENNIFER THOMSON, as Grantor, to TICOR TITLE, as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS DESIGNATED NOMINEE FOR LOANSTAR HOME LOANS, LLC, DBA LOANSTAR HOME LENDING, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS, as Beneficiary, dated 6/26/2017, recorded 6/28/2017, as Instrument No. 2017-006018, in the Official Records of Columbia County, Oregon, which covers the following described real property situated in Columbia County, Oregon:

**PARCEL 1: BEGINNING AT A POINT ON THE WEST LINE OF THE DAVID A. CLONINGER DONATION LAND CLAIM WHICH IS NORTH 21° 08' EAST 567.92 FEET FROM THE SOUTHWEST CORNER OF SAID DONATION LAND CLAIM IN SECTION 36, TOWNSHIP 4 NORTH, RANGE 2 WEST, OF THE WILLAMETTE MERIDIAN, COLUMBIA COUNTY, OREGON, SAID POINT BEING THE NORTHEAST CORNER OF THE ELLEN O. WELTER TRACT AS DESCRIBED IN PARCEL 1 OF DEED RECORDED JUNE 17, 1969 IN BOOK 173, PAGE 594, DEED RECORDS OF COLUMBIA COUNTY, OREGON; THENCE NORTH 87° 16' WEST 275,4 FEET TO A POINT; THENCE NORTH 2° 44' EAST 175 FEET TO A POINT; THENCE SOUTH 87° 16' EAST 331.61 FEET TO THE WEST LINE OF SAID DONATION LAND CLAIM; THENCE SOUTH 21'08' WEST ALONG THE WEST LINE OF SAID DONATION LAND CLAIM, 184.43 FEET TO THE POINT OF BEGINNING.**

**PARCEL 2: BEGINNING AT A POINT WHICH IS NORTH 21'08' EAST 567.92 FEET AND NORTH 87°16' WEST 275.4 FEET AND NORTH 2°44' EAST 175.0 FEET FROM THE SOUTHWEST CORNER OF THE DAVID A. CLONINGER DONATION LAND CLAIM IN SECTION 36, TOWNSHIP 4 NORTH, RANGE 2 WEST, WILLAMETTE MERIDIAN, COLUMBIA COUNTY, OREGON; THENCE SOUTH 2°44' WEST A DISTANCE OF 20.0 FEET TO A POINT; THENCE NORTH 87'16' WEST 248.91 FEET TO THE EAST RIGHT OF WAY LINE OF THE BONNEVILLE POWER ADMINISTRATION POWER LINE EASEMENT; THENCE NORTH 2°44' EAST ALONG THE EAST LINE OF SAID EASEMENT 20.0 FEET TO A POINT; THENCE SOUTH 87°16' EAST A DISTANCE OF 248.91 FEET TO THE POINT OF BEGINNING.**

**PARCEL 3: A NON-EXCLUSIVE ROADWAY EASEMENT OVER THE FOLLOWING DESCRIBED PROPERTY: BEGINNING AT A POINT ON THE WEST LINE OF THE DAVID A. CLONINGER DONATION LAND CLAIM IN SECTION 36, TOWNSHIP 4 NORTH, RANGE 2 WEST OF THE WILLAMETTE MERIDIAN, COLUMBIA COUNTY, OREGON, WHICH POINT IS NORTH 21°08' EAST 31.3 FEET FROM THE SOUTHWEST CORNER OF SAID DAVID A. CLONINGER DONATION LAND CLAIM; THENCE SOUTH 72°35' EAST A DISTANCE OF 994.63 FEET; THENCE SOUTH 9°33' WEST A DISTANCE OF 335.58 FEET TO THE NORTHERLY RIGHT OF WAY LINE OF THE COUNTY ROAD; THENCE NORTH 89°38' WEST, ALONG SAID RIGHT OF WAY A DISTANCE OF 60.78 FEET; THENCE NORTH 9°33' EAST A DISTANCE OF 293.0 FEET; THENCE NORTH 72°35' WEST A DISTANCE OF 937.47 FEET; THENCE NORTH 81°53' WEST 446.50 FEET, MORE OR LESS, TO THE WESTERLY RIGHT OF WAY LINE OF THE BONNEVILLE POWER ADMINISTRATION'S RIGHT OF WAY AS DESCRIBED IN FINAL JUDGMENT IN DECLARATION OF TAKING BY UNITED STATES OF AMERICA, RECORDED MAY 26, 1941 IN BOOK 68, PAGE 266, DEED RECORDS OF COLUMBIA COUNTY, OREGON; THENCE NORTH 2°44' EAST, ALONG SAID WESTERLY RIGHT OF WAY LINE OF THE BONNEVILLE POWER ADMINISTRATION RIGHT OF WAY A DISTANCE OF 897.89 FEET; THENCE SOUTH 87°16' EAST A DISTANCE OF 100.0 FEET TO THE EAST LINE OF SAID BONNEVILLE POWER ADMINISTRATION'S RIGHT OF WAY; THENCE SOUTH 2°44' WEST A DISTANCE OF 847.04 FEET TO THE NORTHERLY LINE OF SAID ROADWAY EASEMENT; THENCE SOUTH 81°52' EAST TO THE POINT OF BEGINNING.**

TS No.: 144620-OR
Loan No.: ******7809

**APN: 8458 / 4N2W36-C0-00300**

Commonly known as:
**54248 KALBERER RD**
**SCAPPOOSE, OR 97056**

The current beneficiary is:
**PennyMac Loan Services, LLC**

Both the beneficiary and the trustee have elected to sell the above-described real property to satisfy the obligations secured by the Deed of Trust and notice has been recorded pursuant to ORS 86.752(3). The default for which the foreclosure is made is the grantor's failure to pay when due, the following sums:

| *Delinquent Payments:* Dates: | No. | Amount | Total: |
|---|---|---|---|
| 08/01/25 thru 05/01/26 | 10 | $2,743.40 | $27,434.00 |
| *Late Charges:* | | | $501.60 |
| *Beneficiary Advances:* | | | $1,435.00 |
| | | ***Total Required to Reinstate:*** | **$29,370.60** |
| | | ***TOTAL REQUIRED TO PAYOFF:*** | **$335,058.81** |

By reason of the default, the beneficiary has declared all obligations secured by the Deed of Trust immediately due and payable, including: the principal sum of $315,566.66 together with interest thereon at the rate of 4.125 % per annum, from 7/1/2025 until paid, plus all accrued late charges, and all trustee's fees, foreclosure costs, and any sums advanced by the beneficiary pursuant to the terms and conditions of the Deed of Trust

Whereof, notice hereby is given that the undersigned trustee, CLEAR RECON CORP, whose address is 3333 Camino Del Rio South, Suite 225, San Diego, CA 92108, will on **10/13/2026**, at the hour of **9:00 AM**, standard time, as established by ORS 187.110, **AT THE FRONT ENTRANCE TO THE COLUMBIA COUNTY COURTHOUSE, 230 STRAND STREET, ST. HELENS, OR 97051**, sell at public auction to the highest bidder in the form of cash equivalent (certified funds or cashier's check) the interest in the above-described real property which the grantor had or had power to convey at the time it executed the Deed of Trust, together with any interest which the grantor or his successors in interest acquired after the execution of the Deed of Trust, to satisfy the foregoing obligations thereby secured and the costs and expenses of sale, including a reasonable charge by the trustee. Notice is further given that any person named in ORS 86.778 has the right to have the foreclosure proceeding dismissed and the Deed of Trust reinstated by payment to the beneficiary of the entire amount then due (other than the portion of principal that would not then be due had no default occurred), together with the costs, trustee's and attorneys' fees, and curing any other default complained of in the Notice of Default by tendering the performance required under the Deed of Trust at any time not later than five days before the date last set for sale.

Without limiting the trustee's disclaimer of representations or warranties, Oregon law requires the trustee to state in this notice that some residential property sold at a trustee's sale may have been used in manufacturing methamphetamines, the chemical components of which are known to be toxic. Prospective purchasers of residential property should be aware of this potential danger before deciding to place a bid for this property at the trustee's sale.

TS No.: 144620-OR
Loan No.: ******7809

# NOTICE TO RESIDENTIAL TENANTS

The property in which you are living is in foreclosure. A foreclosure sale is scheduled for **10/13/2026** at **AT THE FRONT ENTRANCE TO THE COLUMBIA COUNTY COURTHOUSE, 230 STRAND STREET, ST. HELENS, OR 97051** at **9:00 AM**. The date of this sale may be postponed. Unless the lender that is foreclosing on this property is paid before the sale date, the foreclosure will go through and someone new will own this property. After the sale, the new owner is required to provide you with contact information and notice that the sale took place.

The following information applies to you only if you are a bona fide tenant occupying and renting this property as a residential dwelling under a legitimate rental agreement. The information does not apply to you if you own this property or if you are not a bona fide residential tenant.

If the foreclosure sale goes through, the new owner will have the right to require you to move out. Before the new owner can require you to move, the new owner must provide you with written notice that specifies the date by which you must move out. If you do not leave before the move-out date, the new owner can have the sheriff remove you from the property after a court hearing. You will receive notice of the court hearing.

## PROTECTION FROM EVICTION

IF YOU ARE A BONA FIDE TENANT OCCUPYING AND RENTING THIS PROPERTY AS A RESIDENTIAL DWELLING, YOU HAVE THE RIGHT TO CONTINUE LIVING IN THIS PROPERTY AFTER THE FORECLOSURE SALE FOR:

•60 DAYS FROM THE DATE YOU ARE GIVEN A WRITTEN TERMINATION NOTICE, IF YOU HAVE A FIXED TERM LEASE; OR

•AT LEAST 30 DAYS FROM THE DATE YOU ARE GIVEN A WRITTEN TERMINATION NOTICE, IF YOU HAVE A MONTH-TO-MONTH OR WEEK-TO-WEEK RENTAL AGREEMENT.

If the new owner wants to move in and use this property as a primary residence, the new owner can give you written notice and require you to move out after 30 days, even though you have a fixed term lease with more than 30 days left.

You must be provided with at least 30 days' written notice after the foreclosure sale before you can be required to move.

A bona fide tenant is a residential tenant who is not the borrower (property owner) or a child, spouse or parent of the borrower, and whose rental agreement:

•Is the result of an arm's-length transaction;

•Requires the payment of rent that is not substantially less than fair market rent for the property, unless the rent is reduced or subsidized due to a federal, state or local subsidy; and

•Was entered into prior to the date of the foreclosure sale.

## ABOUT YOUR TENANCY BETWEEN NOW AND THE FORECLOSURE SALE: RENT

YOU SHOULD CONTINUE TO PAY RENT TO YOUR LANDLORD UNTIL THE PROPERTY IS SOLD OR UNTIL A COURT TELLS YOU OTHERWISE. IF YOU DO NOT PAY RENT, YOU CAN BE EVICTED. BE SURE TO KEEP PROOF OF ANY PAYMENTS YOU MAKE.

## SECURITY DEPOSIT

TS No.: 144620-OR
Loan No.: ******7809

In construing this notice, the masculine gender includes the feminine and the neuter, the singular includes plural, the word "grantor" includes any successor in interest to the grantor as well as any other persons owing an obligation, the performance of which is secured by the Deed of Trust, the words "trustee" and "beneficiary" include their respective successors in interest, if any.

Dated: 5/28/2026

**CLEAR RECON CORP**
**3333 Camino Del Rio South, Suite 225**
**San Diego, CA 92108**
**Phone: 858-750-7777**
**866-931-0036**

Hamsa Uchi, **Authorized Signatory of Trustee**

THIS IS WHAT YOU CAN DO TO STOP THE SALE:

1. You can pay the amount past due or correct any other default, up to five days before the sale.
2. You can refinance or otherwise pay off the loan in full anytime before the sale.
3. You can call **PennyMac Loan Services, LLC** at **866-545-9070** to find out if your lender is willing to give you more time or change the terms of your loan.
4. You can sell your home, provided the sale price is enough to pay what you owe.

There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and phone number of an organization near you, call the statewide toll-free phone contact number at 855-480-1950. You may also wish to talk to a lawyer. If you need help finding a lawyer, call the Oregon State Bar's Lawyer Referral Service at 503-684-3763 or toll-free in Oregon at 800-452-7636 or visit its website at: www.osbar.org. Legal assistance may be available if you have a low income and meet federal poverty guidelines. For more information and a directory of legal aid programs, go to http://www.oregonlawhelp.org.

If you are a veteran of the armed forces, assistance may be available from a county veterans' service officer or community action agency. Contact information for a local county veterans' service officer and community action agency may be obtained by calling a 2-1-1 information service.

**WARNING:** You may get offers from people saying they can help you keep your property. Be careful about those offers. Make sure you understand any papers you are asked to sign. If you have any questions, talk to a lawyer or one of the organizations mentioned above before signing.

Dated: **5/28/2026**

Trustee name: Clear Recon Corp.

Trustee signature: ______________________ Hamsa Uchi

Trustee telephone number: 858-750-7777

Trustee Sale No.: 144620-OR

144620-OR

## NOTICE:

## YOU ARE IN DANGER OF LOSING YOUR PROPERTY IF YOU DO NOT TAKE ACTION IMMEDIATELY

**This notice is about your mortgage loan on your property at:**

**54248 KALBERER RD**
**SCAPPOOSE, OR 97056**

Your lender has decided to sell this property because the money due on your mortgage loan has not been paid on time or because you have failed to fulfill some other obligation to your lender. This is sometimes called "foreclosure." The amount you would have had to pay as of **5/28/2026** to bring your mortgage loan current was **$29,370.60**. The amount you must now pay to bring your loan current may have increased since that date.

By law, your lender has to provide you with details about the amount you owe, if you ask. You may call **(858) 750-7777** to find out the exact amount you must pay to bring your mortgage loan current and to get other details about the amount you owe.

You may also get these details by sending a request by certified mail to:

Clear Recon Corp
1915 NE Stucki Avenue, 4th Floor
Hillsboro, OR 97006
Phone: 866-931-0036

## THIS IS WHEN AND WHERE YOUR PROPERTY WILL BE SOLD IF YOU DO NOT TAKE ACTION:

Date and time: 10/13/2026 at 9:00 AM

Place: AT THE FRONT ENTRANCE TO THE COLUMBIA COUNTY COURTHOUSE, 230 STRAND STREET, ST. HELENS, OR 97051

144620-OR

# NOTICE:

## YOU ARE IN DANGER OF LOSING YOUR PROPERTY IF YOU DO NOT TAKE ACTION IMMEDIATELY

**This notice is about your mortgage loan on your property at:**

**54248 KALBERER RD**
**SCAPPOOSE, OR 97056**

Your lender has decided to sell this property because the money due on your mortgage loan has not been paid on time or because you have failed to fulfill some other obligation to your lender. This is sometimes called "foreclosure." The amount you would have had to pay as of **5/28/2026** to bring your mortgage loan current was **$29,370.60**. The amount you must now pay to bring your loan current may have increased since that date.

By law, your lender has to provide you with details about the amount you owe, if you ask. You may call **(858) 750-7777** to find out the exact amount you must pay to bring your mortgage loan current and to get other details about the amount you owe.

You may also get these details by sending a request by certified mail to:

Clear Recon Corp
1915 NE Stucki Avenue, 4th Floor
Hillsboro, OR 97006
Phone: 866-931-0036

## THIS IS WHEN AND WHERE YOUR PROPERTY WILL BE SOLD IF YOU DO NOT TAKE ACTION:

Date and time: 10/13/2026 at 9:00 AM

Place: AT THE FRONT ENTRANCE TO THE COLUMBIA COUNTY COURTHOUSE, 230 STRAND STREET, ST. HELENS, OR 97051

TS No.: 144620-OR
Loan No.: ******7809

You may apply your security deposit and any rent you paid in advance against the current rent you owe your landlord as provided in ORS 90.367. To do this, you must notify your landlord in writing that you want to subtract the amount of your security deposit or prepaid rent from your rent payment. You may do this only for the rent you owe your current landlord. If you do this, you must do so before the foreclosure sale. The business or individual who buys this property at the foreclosure sale is not responsible to you for any deposit or prepaid rent you paid to your landlord.

ABOUT YOUR TENANCY
AFTER THE FORECLOSURE SALE

The new owner that buys this property at the foreclosure sale may be willing to allow you to stay as a tenant instead of requiring you to move out after 30 or 60 days. After the sale, you should receive a written notice informing you that the sale took place and giving you the new owner's name and contact information. You should contact the new owner if you would like to stay. If the new owner accepts rent from you, signs a new residential rental agreement with you or does not notify you in writing within 30 days after the date of the foreclosure sale that you must move out, the new owner becomes your new landlord and must maintain the property. Otherwise:

•You do not owe rent;

•The new owner is not your landlord and is not responsible for maintaining the property on your behalf; and

•You must move out by the date the new owner specifies in a notice to you.

The new owner may offer to pay your moving expenses and any other costs or amounts you and the new owner agree on in exchange for your agreement to leave the premises in less than 30 or 60 days. You should speak with a lawyer to fully understand your rights before making any decisions regarding your tenancy.

IT IS UNLAWFUL FOR ANY PERSON TO TRY TO FORCE YOU TO LEAVE YOUR DWELLING UNIT WITHOUT FIRST GIVING YOU WRITTEN NOTICE AND GOING TO COURT TO EVICT YOU. FOR MORE INFORMATION ABOUT YOUR RIGHTS, YOU SHOULD CONSULT A LAWYER. If you believe you need legal assistance, contact the Oregon State Bar and ask for the lawyer referral service. Contact information for the Oregon State Bar is included with this notice. If you do not have enough money to pay a lawyer and are otherwise eligible, you may be able to receive legal assistance for free. Information about whom to contact for free legal assistance is included with this notice.

Trustee: CLEAR RECON CORP
3333 Camino Del Rio South, Suite 225
San Diego, CA 92108

Oregon State Bar Lawyer Referral Service: (503)684-3763 or (800)452-7636
http://www.osbar.org; http://www.osbar.org/public/ris/ris.html#referral

Oregon Law Help: http://oregonlawhelp.org/OR/index.cfm

Free Legal Assistance: http://www.oregonlawcenter.org/
Portland (503)473-8329
Coos Bay (800)303-3638
Ontario (888)250-9877
Salem (503)485-0696
Grants Pass (541)476-1058
Woodburn (800)973-9003
Hillsboro (877)726-4381

144620-OR

THIS IS WHAT YOU CAN DO TO STOP THE SALE:

1. You can pay the amount past due or correct any other default, up to five days before the sale.
2. You can refinance or otherwise pay off the loan in full anytime before the sale.
3. You can call **PennyMac Loan Services, LLC** at **866-545-9070** to find out if your lender is willing to give you more time or change the terms of your loan.
4. You can sell your home, provided the sale price is enough to pay what you owe.

There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and phone number of an organization near you, call the statewide toll-free phone contact number at 855-480-1950. You may also wish to talk to a lawyer. If you need help finding a lawyer, call the Oregon State Bar's Lawyer Referral Service at 503-684-3763 or toll-free in Oregon at 800-452-7636 or visit its website at: www.osbar.org. Legal assistance may be available if you have a low income and meet federal poverty guidelines. For more information and a directory of legal aid programs, go to http://www.oregonlawhelp.org.

If you are a veteran of the armed forces, assistance may be available from a county veterans' service officer or community action agency. Contact information for a local county veterans' service officer and community action agency may be obtained by calling a 2-1-1 information service.

**WARNING:** You may get offers from people saying they can help you keep your property. Be careful about those offers. Make sure you understand any papers you are asked to sign. If you have any questions, talk to a lawyer or one of the organizations mentioned above before signing.

Dated: **5/28/2026**

Trustee name: Clear Recon Corp.

Trustee signature: ______________ Hamsa Uchi

Trustee telephone number: 858-750-7777

Trustee Sale No.: 144620-OR

# TRUSTEE'S NOTICE OF SALE

TS No.: 144620-OR
Loan No.: ******7809

Reference is made to that certain trust deed (the "Deed of Trust") executed by IVAN HIGGS AND JENNIFER THOMSON, as Grantor, to TICOR TITLE, as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS DESIGNATED NOMINEE FOR LOANSTAR HOME LOANS, LLC, DBA LOANSTAR HOME LENDING, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS, as Beneficiary, dated 6/26/2017, recorded 6/28/2017, as Instrument No. 2017-006018, in the Official Records of Columbia County, Oregon, which covers the following described real property situated in Columbia County, Oregon:

**PARCEL 1: BEGINNING AT A POINT ON THE WEST LINE OF THE DAVID A. CLONINGER DONATION LAND CLAIM WHICH IS NORTH 21° 08' EAST 567.92 FEET FROM THE SOUTHWEST CORNER OF SAID DONATION LAND CLAIM IN SECTION 36, TOWNSHIP 4 NORTH, RANGE 2 WEST, OF THE WILLAMETTE MERIDIAN, COLUMBIA COUNTY, OREGON, SAID POINT BEING THE NORTHEAST CORNER OF THE ELLEN O. WELTER TRACT AS DESCRIBED IN PARCEL 1 OF DEED RECORDED JUNE 17, 1969 IN BOOK 173, PAGE 594, DEED RECORDS OF COLUMBIA COUNTY, OREGON; THENCE NORTH 87° 16' WEST 275,4 FEET TO A POINT; THENCE NORTH 2° 44' EAST 175 FEET TO A POINT; THENCE SOUTH 87° 16' EAST 331.61 FEET TO THE WEST LINE OF SAID DONATION LAND CLAIM; THENCE SOUTH 21'08' WEST ALONG THE WEST LINE OF SAID DONATION LAND CLAIM, 184.43 FEET TO THE POINT OF BEGINNING.**

**PARCEL 2: BEGINNING AT A POINT WHICH IS NORTH 21'08' EAST 567.92 FEET AND NORTH 87°16' WEST 275.4 FEET AND NORTH 2°44' EAST 175.0 FEET FROM THE SOUTHWEST CORNER OF THE DAVID A. CLONINGER DONATION LAND CLAIM IN SECTION 36, TOWNSHIP 4 NORTH, RANGE 2 WEST, WILLAMETTE MERIDIAN, COLUMBIA COUNTY, OREGON; THENCE SOUTH 2°44' WEST A DISTANCE OF 20.0 FEET TO A POINT; THENCE NORTH 87'16' WEST 248.91 FEET TO THE EAST RIGHT OF WAY LINE OF THE BONNEVILLE POWER ADMINISTRATION POWER LINE EASEMENT; THENCE NORTH 2°44' EAST ALONG THE EAST LINE OF SAID EASEMENT 20.0 FEET TO A POINT; THENCE SOUTH 87°16' EAST A DISTANCE OF 248.91 FEET TO THE POINT OF BEGINNING.**

**PARCEL 3: A NON-EXCLUSIVE ROADWAY EASEMENT OVER THE FOLLOWING DESCRIBED PROPERTY: BEGINNING AT A POINT ON THE WEST LINE OF THE DAVID A. CLONINGER DONATION LAND CLAIM IN SECTION 36, TOWNSHIP 4 NORTH, RANGE 2 WEST OF THE WILLAMETTE MERIDIAN, COLUMBIA COUNTY, OREGON, WHICH POINT IS NORTH 21°08' EAST 31.3 FEET FROM THE SOUTHWEST CORNER OF SAID DAVID A. CLONINGER DONATION LAND CLAIM; THENCE SOUTH 72°35' EAST A DISTANCE OF 994.63 FEET; THENCE SOUTH 9°33' WEST A DISTANCE OF 335.58 FEET TO THE NORTHERLY RIGHT OF WAY LINE OF THE COUNTY ROAD; THENCE NORTH 89°38' WEST, ALONG SAID RIGHT OF WAY A DISTANCE OF 60.78 FEET; THENCE NORTH 9°33' EAST A DISTANCE OF 293.0 FEET; THENCE NORTH 72°35' WEST A DISTANCE OF 937.47 FEET; THENCE NORTH 81°53' WEST 446.50 FEET, MORE OR LESS, TO THE WESTERLY RIGHT OF WAY LINE OF THE BONNEVILLE POWER ADMINISTRATION'S RIGHT OF WAY AS DESCRIBED IN FINAL JUDGMENT IN DECLARATION OF TAKING BY UNITED STATES OF AMERICA, RECORDED MAY 26, 1941 IN BOOK 68, PAGE 266, DEED RECORDS OF COLUMBIA COUNTY, OREGON; THENCE NORTH 2°44' EAST, ALONG SAID WESTERLY RIGHT OF WAY LINE OF THE BONNEVILLE POWER ADMINISTRATION RIGHT OF WAY A DISTANCE OF 897.89 FEET; THENCE SOUTH 87°16' EAST A DISTANCE OF 100.0 FEET TO THE EAST LINE OF SAID BONNEVILLE POWER ADMINISTRATION'S RIGHT OF WAY; THENCE SOUTH 2°44' WEST A DISTANCE OF 847.04 FEET TO THE NORTHERLY LINE OF SAID ROADWAY EASEMENT; THENCE SOUTH 81°52' EAST TO THE POINT OF BEGINNING.**

TS No.: 144620-OR
Loan No.: ******7809

**APN: 8458 / 4N2W36-C0-00300**

Commonly known as:
**54248 KALBERER RD**
**SCAPPOOSE, OR 97056**

The current beneficiary is:
**PennyMac Loan Services, LLC**

Both the beneficiary and the trustee have elected to sell the above-described real property to satisfy the obligations secured by the Deed of Trust and notice has been recorded pursuant to ORS 86.752(3). The default for which the foreclosure is made is the grantor's failure to pay when due, the following sums:

| *Delinquent Payments:* Dates: | No. | Amount | Total: |
|---|---|---|---|
| 08/01/25 thru 05/01/26 | 10 | $2,743.40 | $27,434.00 |
| *Late Charges:* | | | $501.60 |
| *Beneficiary Advances:* | | | $1,435.00 |
| | | ***Total Required to Reinstate:*** | **$29,370.60** |
| | | ***TOTAL REQUIRED TO PAYOFF:*** | **$335,058.81** |

By reason of the default, the beneficiary has declared all obligations secured by the Deed of Trust immediately due and payable, including: the principal sum of $315,566.66 together with interest thereon at the rate of 4.125 % per annum, from 7/1/2025 until paid, plus all accrued late charges, and all trustee's fees, foreclosure costs, and any sums advanced by the beneficiary pursuant to the terms and conditions of the Deed of Trust

Whereof, notice hereby is given that the undersigned trustee, CLEAR RECON CORP, whose address is 3333 Camino Del Rio South, Suite 225, San Diego, CA 92108, will on **10/13/2026**, at the hour of **9:00 AM**, standard time, as established by ORS 187.110, **AT THE FRONT ENTRANCE TO THE COLUMBIA COUNTY COURTHOUSE, 230 STRAND STREET, ST. HELENS, OR 97051**, sell at public auction to the highest bidder in the form of cash equivalent (certified funds or cashier's check) the interest in the above-described real property which the grantor had or had power to convey at the time it executed the Deed of Trust, together with any interest which the grantor or his successors in interest acquired after the execution of the Deed of Trust, to satisfy the foregoing obligations thereby secured and the costs and expenses of sale, including a reasonable charge by the trustee. Notice is further given that any person named in ORS 86.778 has the right to have the foreclosure proceeding dismissed and the Deed of Trust reinstated by payment to the beneficiary of the entire amount then due (other than the portion of principal that would not then be due had no default occurred), together with the costs, trustee's and attorneys' fees, and curing any other default complained of in the Notice of Default by tendering the performance required under the Deed of Trust at any time not later than five days before the date last set for sale.

Without limiting the trustee's disclaimer of representations or warranties, Oregon law requires the trustee to state in this notice that some residential property sold at a trustee's sale may have been used in manufacturing methamphetamines, the chemical components of which are known to be toxic. Prospective purchasers of residential property should be aware of this potential danger before deciding to place a bid for this property at the trustee's sale.

TS No.: 144620-OR
Loan No.: ******7809

# NOTICE TO RESIDENTIAL TENANTS

The property in which you are living is in foreclosure. A foreclosure sale is scheduled for **10/13/2026** at **AT THE FRONT ENTRANCE TO THE COLUMBIA COUNTY COURTHOUSE, 230 STRAND STREET, ST. HELENS, OR 97051** at **9:00 AM**. The date of this sale may be postponed. Unless the lender that is foreclosing on this property is paid before the sale date, the foreclosure will go through and someone new will own this property. After the sale, the new owner is required to provide you with contact information and notice that the sale took place.

The following information applies to you only if you are a bona fide tenant occupying and renting this property as a residential dwelling under a legitimate rental agreement. The information does not apply to you if you own this property or if you are not a bona fide residential tenant.

If the foreclosure sale goes through, the new owner will have the right to require you to move out. Before the new owner can require you to move, the new owner must provide you with written notice that specifies the date by which you must move out. If you do not leave before the move-out date, the new owner can have the sheriff remove you from the property after a court hearing. You will receive notice of the court hearing.

## PROTECTION FROM EVICTION

IF YOU ARE A BONA FIDE TENANT OCCUPYING AND RENTING THIS PROPERTY AS A RESIDENTIAL DWELLING, YOU HAVE THE RIGHT TO CONTINUE LIVING IN THIS PROPERTY AFTER THE FORECLOSURE SALE FOR:

•60 DAYS FROM THE DATE YOU ARE GIVEN A WRITTEN TERMINATION NOTICE, IF YOU HAVE A FIXED TERM LEASE; OR

•AT LEAST 30 DAYS FROM THE DATE YOU ARE GIVEN A WRITTEN TERMINATION NOTICE, IF YOU HAVE A MONTH-TO-MONTH OR WEEK-TO-WEEK RENTAL AGREEMENT.

If the new owner wants to move in and use this property as a primary residence, the new owner can give you written notice and require you to move out after 30 days, even though you have a fixed term lease with more than 30 days left.

You must be provided with at least 30 days' written notice after the foreclosure sale before you can be required to move.

A bona fide tenant is a residential tenant who is not the borrower (property owner) or a child, spouse or parent of the borrower, and whose rental agreement:

•Is the result of an arm's-length transaction;

•Requires the payment of rent that is not substantially less than fair market rent for the property, unless the rent is reduced or subsidized due to a federal, state or local subsidy; and

•Was entered into prior to the date of the foreclosure sale.

## ABOUT YOUR TENANCY BETWEEN NOW AND THE FORECLOSURE SALE: RENT

YOU SHOULD CONTINUE TO PAY RENT TO YOUR LANDLORD UNTIL THE PROPERTY IS SOLD OR UNTIL A COURT TELLS YOU OTHERWISE. IF YOU DO NOT PAY RENT, YOU CAN BE EVICTED. BE SURE TO KEEP PROOF OF ANY PAYMENTS YOU MAKE.

## SECURITY DEPOSIT

TS No.: 144620-OR
Loan No.: ******7809

In construing this notice, the masculine gender includes the feminine and the neuter, the singular includes plural, the word "grantor" includes any successor in interest to the grantor as well as any other persons owing an obligation, the performance of which is secured by the Deed of Trust, the words "trustee" and "beneficiary" include their respective successors in interest, if any.

**CLEAR RECON CORP**
**3333 Camino Del Rio South, Suite 225**
**San Diego, CA 92108**
**Phone: 858-750-7777**
**866-931-0036**

Dated: 5/28/2026

Hamsa Uchi, **Authorized Signatory of Trustee**

THIS IS WHAT YOU CAN DO TO STOP THE SALE:

1. You can pay the amount past due or correct any other default, up to five days before the sale.
2. You can refinance or otherwise pay off the loan in full anytime before the sale.
3. You can call **PennyMac Loan Services, LLC** at **866-545-9070** to find out if your lender is willing to give you more time or change the terms of your loan.
4. You can sell your home, provided the sale price is enough to pay what you owe.

There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and phone number of an organization near you, call the statewide toll-free phone contact number at 855-480-1950. You may also wish to talk to a lawyer. If you need help finding a lawyer, call the Oregon State Bar's Lawyer Referral Service at 503-684-3763 or toll-free in Oregon at 800-452-7636 or visit its website at: www.osbar.org. Legal assistance may be available if you have a low income and meet federal poverty guidelines. For more information and a directory of legal aid programs, go to http://www.oregonlawhelp.org.

If you are a veteran of the armed forces, assistance may be available from a county veterans' service officer or community action agency. Contact information for a local county veterans' service officer and community action agency may be obtained by calling a 2-1-1 information service.

**WARNING:** You may get offers from people saying they can help you keep your property. Be careful about those offers. Make sure you understand any papers you are asked to sign. If you have any questions, talk to a lawyer or one of the organizations mentioned above before signing.

Dated: **5/28/2026**

Trustee name: Clear Recon Corp.

Trustee signature: ______________________ Hamsa Uchi

Trustee telephone number: 858-750-7777

Trustee Sale No.: 144620-OR

144620-OR

# NOTICE:

## YOU ARE IN DANGER OF LOSING YOUR PROPERTY IF YOU DO NOT TAKE ACTION IMMEDIATELY

**This notice is about your mortgage loan on your property at:**

**54248 KALBERER RD**
**SCAPPOOSE, OR 97056**

Your lender has decided to sell this property because the money due on your mortgage loan has not been paid on time or because you have failed to fulfill some other obligation to your lender. This is sometimes called "foreclosure." The amount you would have had to pay as of **5/28/2026** to bring your mortgage loan current was **$29,370.60**. The amount you must now pay to bring your loan current may have increased since that date.

By law, your lender has to provide you with details about the amount you owe, if you ask. You may call **(858) 750-7777** to find out the exact amount you must pay to bring your mortgage loan current and to get other details about the amount you owe.

You may also get these details by sending a request by certified mail to:

Clear Recon Corp
1915 NE Stucki Avenue, 4th Floor
Hillsboro, OR 97006
Phone: 866-931-0036

## THIS IS WHEN AND WHERE YOUR PROPERTY WILL BE SOLD IF YOU DO NOT TAKE ACTION:

Date and time: 10/13/2026 at 9:00 AM

Place: AT THE FRONT ENTRANCE TO THE COLUMBIA COUNTY COURTHOUSE, 230 STRAND STREET, ST. HELENS, OR 97051

144620-OR

# NOTICE:

## YOU ARE IN DANGER OF LOSING YOUR PROPERTY IF YOU DO NOT TAKE ACTION IMMEDIATELY

**This notice is about your mortgage loan on your property at:**

**54248 KALBERER RD**
**SCAPPOOSE, OR 97056**

Your lender has decided to sell this property because the money due on your mortgage loan has not been paid on time or because you have failed to fulfill some other obligation to your lender. This is sometimes called "foreclosure." The amount you would have had to pay as of **5/28/2026** to bring your mortgage loan current was **$29,370.60**. The amount you must now pay to bring your loan current may have increased since that date.

By law, your lender has to provide you with details about the amount you owe, if you ask. You may call **(858) 750-7777** to find out the exact amount you must pay to bring your mortgage loan current and to get other details about the amount you owe.

You may also get these details by sending a request by certified mail to:

Clear Recon Corp
1915 NE Stucki Avenue, 4th Floor
Hillsboro, OR 97006
Phone: 866-931-0036

## THIS IS WHEN AND WHERE YOUR PROPERTY WILL BE SOLD IF YOU DO NOT TAKE ACTION:

Date and time: 10/13/2026 at 9:00 AM

Place: AT THE FRONT ENTRANCE TO THE COLUMBIA COUNTY COURTHOUSE, 230 STRAND STREET, ST. HELENS, OR 97051

TS No.: 144620-OR
Loan No.: ******7809

You may apply your security deposit and any rent you paid in advance against the current rent you owe your landlord as provided in ORS 90.367. To do this, you must notify your landlord in writing that you want to subtract the amount of your security deposit or prepaid rent from your rent payment. You may do this only for the rent you owe your current landlord. If you do this, you must do so before the foreclosure sale. The business or individual who buys this property at the foreclosure sale is not responsible to you for any deposit or prepaid rent you paid to your landlord.

ABOUT YOUR TENANCY
AFTER THE FORECLOSURE SALE

The new owner that buys this property at the foreclosure sale may be willing to allow you to stay as a tenant instead of requiring you to move out after 30 or 60 days. After the sale, you should receive a written notice informing you that the sale took place and giving you the new owner's name and contact information. You should contact the new owner if you would like to stay. If the new owner accepts rent from you, signs a new residential rental agreement with you or does not notify you in writing within 30 days after the date of the foreclosure sale that you must move out, the new owner becomes your new landlord and must maintain the property. Otherwise:

•You do not owe rent;

•The new owner is not your landlord and is not responsible for maintaining the property on your behalf; and

•You must move out by the date the new owner specifies in a notice to you.

The new owner may offer to pay your moving expenses and any other costs or amounts you and the new owner agree on in exchange for your agreement to leave the premises in less than 30 or 60 days. You should speak with a lawyer to fully understand your rights before making any decisions regarding your tenancy.

IT IS UNLAWFUL FOR ANY PERSON TO TRY TO FORCE YOU TO LEAVE YOUR DWELLING UNIT WITHOUT FIRST GIVING YOU WRITTEN NOTICE AND GOING TO COURT TO EVICT YOU. FOR MORE INFORMATION ABOUT YOUR RIGHTS, YOU SHOULD CONSULT A LAWYER. If you believe you need legal assistance, contact the Oregon State Bar and ask for the lawyer referral service. Contact information for the Oregon State Bar is included with this notice. If you do not have enough money to pay a lawyer and are otherwise eligible, you may be able to receive legal assistance for free. Information about whom to contact for free legal assistance is included with this notice.

Trustee: CLEAR RECON CORP
3333 Camino Del Rio South, Suite 225
San Diego, CA 92108

Oregon State Bar Lawyer Referral Service: (503)684-3763 or (800)452-7636
http://www.osbar.org; http://www.osbar.org/public/ris/ris.html#referral

Oregon Law Help: http://oregonlawhelp.org/OR/index.cfm

Free Legal Assistance: http://www.oregonlawcenter.org/
Portland (503)473-8329
Coos Bay (800)303-3638
Ontario (888)250-9877
Salem (503)485-0696
Grants Pass (541)476-1058
Woodburn (800)973-9003
Hillsboro (877)726-4381

THIS IS WHAT YOU CAN DO TO STOP THE SALE:

1. You can pay the amount past due or correct any other default, up to five days before the sale.
2. You can refinance or otherwise pay off the loan in full anytime before the sale.
3. You can call **PennyMac Loan Services, LLC** at **866-545-9070** to find out if your lender is willing to give you more time or change the terms of your loan.
4. You can sell your home, provided the sale price is enough to pay what you owe.

There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and phone number of an organization near you, call the statewide toll-free phone contact number at 855-480-1950. You may also wish to talk to a lawyer. If you need help finding a lawyer, call the Oregon State Bar's Lawyer Referral Service at 503-684-3763 or toll-free in Oregon at 800-452-7636 or visit its website at: www.osbar.org. Legal assistance may be available if you have a low income and meet federal poverty guidelines. For more information and a directory of legal aid programs, go to http://www.oregonlawhelp.org.

If you are a veteran of the armed forces, assistance may be available from a county veterans' service officer or community action agency. Contact information for a local county veterans' service officer and community action agency may be obtained by calling a 2-1-1 information service.

**WARNING:** You may get offers from people saying they can help you keep your property. Be careful about those offers. Make sure you understand any papers you are asked to sign. If you have any questions, talk to a lawyer or one of the organizations mentioned above before signing.

Dated: **5/28/2026**

Trustee name: Clear Recon Corp.

Trustee signature: ________________ Hamsa Uchi

Trustee telephone number: 858-750-7777

Trustee Sale No.: 144620-OR