Ivan R. Higgs
54248 Kalberer Rd
Scappoose, Oregon 97056
(503) 543-2956
ivanhggs@yahoo.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON PORTLAND
DIVISION**

| | |
|---|---|
| IVAN RICHARD HIGGS,<br>Plaintiff,<br>v.<br>PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); LOAN STAR HOME LOANS, LLC d/b/a LOANSTAR HOME LENDING; TICOR TITLE; and DOES 1-10,<br>Defendants. | Case No. 3:25-cv-02335-YY<br>**DECLARATION OF JENNIFER HIGGS/THOMSON IN SUPPORT OF RULE 65 MOTION** |

I, Jennifer Higgs/Thomson, declare as follows:

1. I am over eighteen years old and competent to testify. I make this declaration from my personal knowledge.

2. I live with my husband, Ivan Higgs, at 54248 Kalberer Rd, Scappoose, Oregon 97056. This is our home.

3. My current legal name is Jennifer Higgs. At the time of the 2017 loan documents, my name was Jennifer Thomson.

4. I signed the Deed of Trust in 2017. I did not sign the promissory Note.

5. I am a co-owner, grantor/trustor, and occupant of the Property.

6. On or about June 11, 2026, a person came to our residence and handed trustee-sale papers to Ivan. I was at work when this occurred.

7. I was not personally served with the Trustee's Notice of Sale on or about June 11, 2026.

8. I was not handed trustee-sale papers by the person who came to the residence.

9. I am not aware of the person who delivered the papers asking for me, waiting for me, or attempting separate service on me.

10. As of the date of this declaration, I have not received separate certified mail, first-class mail, personal service, or occupant-service notice addressed to me concerning the October 13, 2026 trustee sale.

11. I have not been provided any affidavit of mailing, affidavit of service, affidavit of service attempts/posting, affidavit of publication, certified-mail receipt, USPS tracking record, or other proof showing statutory notice compliance as to me.

12. The scheduled sale threatens my home and my possessory and ownership interests. I request that the Court stop the sale unless and until Defendants and the trustee prove lawful authority and statutory notice compliance as to all owners, grantors, and occupants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: 06/14/26, 2026, at Scappoose, Oregon.

[signature] Jennifer Higgs/Thomson