
Chrome File Edit View History Bookmarks Profiles Tab Window Help
34%
6 New M
ecf.ord.u
Legal Re
COVING
outliomi
DocDraf
Talk to a
My Penn
Ask Gemin
mypennymac.pennymac.com
New Chrome available
ESPAÑOL
CONTACT US
ACCOUNT SETTINGS
LOG OUT
Mortgage Relief: At Pennymac, our first concern is our customers. If you need mortgage relief, we are here to help. For assistance, please click here. If you would like more information on what might be available to you, please read through our FAQs for Mortgage Relief.
My Mortgage
Loan - 8013227809
Critical: Online payments are disabled due to foreclosure processing.
Apply for a loan modification right now using Customer Assistance Center or call 866.545.9070 for help saving your home.
MORTGAGE ASSISTANCE
VIEW STATEMENTS
VIEW LOAN ACTIVITY
Payment Received
Thank you for your payment on
07/09/2025