Consumer Access - Company
nmlsconsumeraccess.org

| | | |
|---|---|---|
| Oregon | Collection Agency Registration | Yes |
| Oregon | Mortgage Lending License | Yes |
| Oregon | Mortgage Servicer License | Yes |

Lic/Reg #: MS-47

Original Issue Date ? : 01/01/2018

Status ? : Approved

Status Date: 05/09/2018

Renewed Through ? : 2026

Other Trade Names used in Oregon ? : Townsgate Servicing

[+] View License Status History ?

View Resident/Registered Agent(s) for Service of Process

| | | |
|---|---|---|
| Oklahoma | Mortgage Lender License | Y |
| Oregon | Collection Agency Registration | Y |
| Oregon | Mortgage Lending License | Y |

Lic/Reg #: ML-4849

Original Issue Date ? : 11/12/2008

Status ? : Approved

Status Date: 05/09/2018

Renewed Through ? : 2026

Other Trade Names used in Oregon ? : Townsgate Servicing

[+] View License Status History ?

View Resident/Registered Agent(s) for Service of Process

| | | |
|---|---|---|
| Oregon | Mortgage Servicer License | Y |
| Pennsylvania | Mortgage Lender License | Y |

about:blank

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and
**information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itse

| | |
|---|---|
| Lic/Reg #: ML-4849 | Original Issue Date: 11/12/2008 |
| Regulator: Oregon | Lic/Reg Name: Mortgage Lending License |

**Resident/Registered Agent**

| | |
|---|---|
| Company: | CT Corporation System |
| Name: | Not provided |
| Title: | Registered Agent |
| Address: | 780 Commercial Street SE, Suite 100<br>Salem, OR 97301 |
| Phone: | 800-321-9415 |
| Fax: | Not provided |

Oregon Mortgage Servicer License

Lic/Reg #: MS-47

Original Issue Date ? : 01/01/2018

Status ? : Approved

Status Date: 05/09/2018

Renewed Through ? : 2026

Other Trade Names used in Oregon ? : Townsgate Servicing

[–] Hide License Status History ?

| Start | End | Authorized to Conduct Business ? |
| --- | --- | --- |
| 1/2/2018 | Present | Yes |

View Resident/Registered Agent(s) for Service of Process

Pennsylvania Mortgage Lender License

about:blank

## Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s).

| | |
|---|---|
| Lic/Reg #: MS-47 | Original Issue Date: 01/01/2018 |
| Regulator: Oregon | Lic/Reg Name: Mortgage Servicer License |

**Resident/Registered Agent**

| | |
|---|---|
| Company: | CT Corporation System |
| Name: | Not provided |
| Title: | Registered Agent |
| Address: | 780 Commercial Street SE, Suite 100<br>Salem, OR 97301 |
| Phone: | 800-321-9415 |
| Fax: | Not provided |

Oregon Collection Agency Registration

Lic/Reg #: 49468

Original Issue Date ? : 06/13/2008

Status ? : Approved

Status Date: 06/02/2017

Renewed Through ? : 2026

Other Trade Names used in Oregon ? : None

[–] Hide License Status History ?

| Start | End | Authorized to Conduct Business ? |
|---|---|---|
| 6/2/2017 | Present | Yes |

| | |
|---|---|
| Oklahoma | Lender Name Registration Other Trade Name #4 |
| Oklahoma | Mortgage Broker License |
| Oklahoma | Mortgage Lender License |
| Oregon | Collection Agency Registration |
| Oregon | Mortgage Lending License |

Lic/Reg #: ML-4849

Original Issue Date ? : 11/12/2008

Status ? : Approved

Status Date: 05/09/2018

Renewed Through ? : 2026

Other Trade Names used in Oregon ? : Townsgate Servicing

[+] View License Status History ?

| | | | | |
|---|---|---|---|---|
| Minnesota | Residential Mortgage Servicer License | Yes | Submit to Regulator | [+] View |
| Nebraska | Mortgage Banker License | Yes | Submit to Regulator | [+] View |
| New Hampshire | Mortgage Servicer License | Yes | Submit to Regulator | [+] View |
| New Jersey | Mortgage Servicer License | Yes | Submit to Regulator | [+] View |
| New York | Mortgage Loan Servicer Registration | Yes | Submit to Regulator | [+] View |
| Ohio | Residential Mortgage Lending Act Certificate of Registration | Yes | Submit to Regulator | [+] View |
| Oklahoma | Mortgage Broker License | Yes | Submit to Regulator | [+] View |
| Oregon | Mortgage Lending License | Yes | Submit to Regulator | [−] Hide |

Lic/Reg #: ML-5219

Original Issue Date ? : 06/13/2013

Status ? : Approved

Status Date: 12/18/2014

Renewed Through ? : 2026

Other Trade Names used in Oregon ? : None

[−] Hide License Status History ?

| Start | End | Authorized to Conduct Business ? |
|---|---|---|
| 6/13/2013 | Present | Yes |

View Resident/Registered Agent(s) for Service of Process

| | | | |
|---|---|---|---|
| NMLS ID: 363268 | Street Address: 3043 Townsgate Road<br>Suite 310<br>Westlake Village, CA 91361<br>Mailing Address: 6101 Condor Drive Suite 310<br>MP-121<br>Moorpark, CA 93021 | Phone: 818-224-7442<br>Toll-Free Number: Not provided<br>Fax: 818-337-2138 | Website: Not provided<br>Email: govlicensing@pennymac.com |

Other Trade Names ? : None

Prior Other Trade Names ? : PennyMac Mortgage Investment Holdings I, LLC; PNMAC Mortgage Investment Holdings I, LLC

Prior Legal Names ? : PennyMac Mortgage Investment Trust Holdings 1, LLC; PennyMac Mortgage Investment Trust Holdings I, LLC

Sponsored MLOs ? : 2

| | | | | |
|---|---|---|---|---|
| Fiscal Year End: 12/31 | Formed in: Delaware, United States | Date Formed: ? 08/06/2009 | Stock Symbol: None | Business Structure: Limited Liability Company |

Regulatory Actions ? : None posted in NMLS.

## Branch Locations ? No Branch Locations in NMLS

## State Licenses/Registrations (Displaying 23 Active of 23 Total)

| Regulator ? | Lic/Reg Name | Authorized to Conduct Business ? | Consumer Complaint ? | [+] View All Details |
|---|---|---|---|---|
| Connecticut | Consumer Collection Agency License | Yes | Submit to Regulator | [+] View Details |

| | | | |
|---|---|---|---|
| Oklahoma | Mortgage Broker License | Yes | Submit to Regulator |
| Oregon | Mortgage Lending License | Yes | Submit to Regulator |
| Oregon | Mortgage Servicer License | Yes | Submit to Regulator |

Lic/Reg #: MS-46

Original Issue Date ? : 01/01/2018

Status ? : Approved

Status Date: 01/01/2018

Renewed Through ? : 2026

Other Trade Names used in Oregon ? : None

[–] Hide License Status History ?

| Start | End | Authorized to Conduct Business ? |
|---|---|---|
| 1/2/2018 | Present | Yes |

View Resident/Registered Agent(s) for Service of Process