PENNYMAC®

P.O.Box 514387
Los Angeles, CA 90051-4387
(800) 777-4001
*fax* (866) 577-7205
NMLS # 35953

August 18, 2025

Ivan Higgs
54248 Kalberer Rd
Scappoose, OR 97056-2303

| | |
|---|---|
| Loan Number: | 8013227809 |
| Property Address: | 54248 Kalberer Rd<br>Scappoose, OR 97056 |

Dear Ivan Higgs:

This letter is in response to your correspondence received on August 4, 2025, addressed to PennyMac Loan Services, LLC ("Pennymac"), regarding the above-referenced loan.

Your correspondence is overly broad and lacks specificity. Therefore, I have gathered the following information for your review; however, if you requested any documents or information that we have not included, Pennymac has determined your request to be unduly burdensome, irrelevant to the servicing of the loan, or the information you requested is considered proprietary.

I confirmed that the servicing of the loan transferred from LoanStar Home Loans, LLC to Pennymac, effective August 1, 2017. At the time of transfer, the loan was due for the August 2017 payment. As of the date of this letter, the loan is due for the August 2025 payment. The unpaid principal balance is $315,566.66.

Please find the enclosed document copies: Note, Deed of Trust, Welcome Letter, Notification of Assignment, Sale or Transfer of Your Mortgage Loan ("404 Notice"), MERS Milestone Report, and a Customer Account Activity Statement reflecting activity that has occurred since Pennymac began servicing the loan. A payoff quote and servicing file have been requested and will be sent to you under separate cover.

Should you wish to view the original loan documents, such as the Note or Deed of Trust, please contact Pennymac directly at (800) 777-4001 to make arrangements at our California servicing office.

The owner/investor for the above-referenced loan is Federal National Mortgage Association ("Fannie Mae"), whose address is Midtown Center, 1100 15th St NW, Washington, DC 20005, and telephone number is (800) 232-6643. Furthermore, the Fannie Mae pool number/Fannie Mae Trust number is BH4959. However, all correspondence should be forwarded to the servicer, PennyMac Loan Services, LLC. Our contact information is as follows: