**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

IVAN RICHARD HIGGS
Plaintiff, Pro Se
v.

PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); LOAN STAR HOME LOANS, LLC d/b/a LOANSTAR HOME LENDING; TICOR TITLE; and DOES 1-10,

Defendants,

Case No. 3:25-cv-02335-YY

**EXHIBIT LIST FOR PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

**DECLARATIONS**

1. Declaration of Ivan Richard Higgs in Support of Emergency Motion for Temporary Restraining Order
2. Declaration of Jennifer Higgs in Support of Emergency Motion for Temporary Restraining Order

**EXHIBITS TO DECLARATION OF IVAN RICHARD HIGGS**

Exhibit A: Deed of Trust dated June 26, 2017, identifying LoanStar as lender, Ticor as trustee, MERS as nominee/beneficiary, and Ivan Higgs and Jennifer Thomson as borrowers/trustors

Exhibit C: PennyMac letter dated August 18, 2025, identifying Federal National Mortgage Association (Fannie Mae) as owner/investor and Fannie Mae pool/trust number BH4959

Exhibit G: Qualified Written Request and Notice of Error dated August 11, 2025, sent by Plaintiff to PennyMac via certified mail, stating willingness to remit undisputed amount or tender in full upon receipt of complete accounting

Exhibit H: Second written request dated August 29, 2025, sent by Plaintiff to PennyMac via certified mail (tracking # 7015 3430 0000 7516 9960), reiterating willingness to cure upon proof of lawful authority

Exhibit K: Notice of Pendency of Action (Lis Pendens) recorded November 7, 2025, as Columbia County Instrument No. 2025-006555

Exhibit L: Corporate Assignment of Deed of Trust from MERS to PennyMac recorded November 25, 2025, as Columbia County Instrument No. 2025-06917 (18 days after lis pendens)

Exhibit T: Written demand letter dated June 12, 2026, sent by Plaintiff to Clear Recon Corporation via certified mail, requesting Appointment/Substitution of Successor Trustee, Notice of Default, Notice of Trustee's Sale, proof of service, and proof of beneficiary authority

Exhibit U: USPS Certified Mail Receipt (PS Form 3800) showing Plaintiff sent certified mail to Clear Recon Corporation on June 12, 2026 (tracking # 7569 0710 5270 2917 5140 43)

Exhibit V: USPS Return Receipt (PS Form 3811 / green card) showing Clear Recon Corporation signed for delivery of Plaintiff's June 12, 2026 demand letter but never responded

Exhibit W: Professional securitization audit report confirming Plaintiff's loan was securitized into Fannie Mae REMIC Trust 2017-59 on July 31, 2017, stating 'The Deed of Trust was never transferred'

Exhibit X: Extended mortgage audit report analyzing chain of title and securitization

**NOTE REGARDING OTHER EXHIBITS**

Additional exhibits referenced in the Declarations (including but not limited to the promissory Note, MERS milestone records, Oregon licensing records, credit reports, discovery requests, court orders, preforeclosure communications, and trustee-sale papers) are either in Defendants' possession and control, are being sought through discovery, or will be provided upon the Court's request. Plaintiff requests that Defendants be ordered to produce such documents as set forth in the Motion.

DATED: July 24, 2026

Respectfully submitted,

/s/ Ivan R. Higgs

Ivan R. Higgs
Plaintiff, Pro Se
54248 Kalberer Rd
Scappoose, OR 97056
(503) 543-2956
ivanhggs@yahoo.com