**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| IVAN RICHARD HIGGS,<br>　　　Plaintiff, | Case No. 3:25-cv-02335-YY |
| v. | **NOTICE OF FILING ERROR AND MOTION TO WITHDRAW DOCUMENTS FILED IN ERROR** |
| PENNYMAC LOAN SERVICES, LLC, et al.,<br>　　　Defendants. | |

Plaintiff Ivan Richard Higgs, proceeding pro se, respectfully provides notice to the Court and all parties that two documents were inadvertently filed in error in the early morning hours of July 24, 2026, and requests that the Court withdraw or strike both filings.

**I. NATURE OF THE FILING ERRORS**

On July 24, 2026, Plaintiff made two erroneous filings while working under time pressure due to the approaching October 13, 2026 foreclosure sale deadline:

1. At 12:03 AM, Plaintiff inadvertently filed what appeared to be a duplicate or second Emergency Motion for Temporary Restraining Order. Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction is already pending before this Court. The 12:03 AM filing was made in error.

2. At 12:24 AM, Plaintiff inadvertently filed an Exhibit List that was intended to accompany a Supplemental Brief in Support of Preliminary Injunction. The Exhibit List was filed separately without the accompanying Supplemental Brief due to clerical error.

Both filings occurred as Plaintiff, proceeding pro se, was working to prepare documents in support of his Emergency Motion for Preliminary Injunction to halt the October 13, 2026 trustee's sale of his residence.

## II. CORRECTIVE ACTION

Plaintiff is now filing the proper Supplemental Brief in Support of Emergency Motion for Preliminary Injunction, which incorporates and references the exhibits that were the subject of the 12:24 AM filing.

Plaintiff respectfully requests that the Court withdraw or strike both the 12:03 AM filing (duplicate TRO motion) and the 12:24 AM filing (Exhibit List filed without accompanying brief) as having been filed in error.

## III. LEGAL AUTHORITY AND NO PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(2), a party may file a motion to dismiss or withdraw a pleading. When the movant is the filer of the original pleading, courts routinely grant such motions to correct clerical errors without hearing.

No party will be prejudiced by correction of these clerical filing errors:

1. All parties have been on notice of Plaintiff's claims since the lawsuit was filed in November 2025 and the lis pendens was recorded.

2. Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction remains pending before the Court.

3. The exhibits referenced in the 12:24 AM filing are now properly incorporated into Plaintiff's Supplemental Brief filed concurrently with this Notice.

4. All parties retain full opportunity to respond to Plaintiff's properly filed Supplemental Brief in Support of Emergency Motion for Preliminary Injunction.

The correction of these clerical errors serves judicial economy and ensures clarity in the record without affecting any party's substantive rights.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court:

1. Withdraw or strike the document filed at 12:03 AM on July 24, 2026 (duplicate TRO motion);

2. Withdraw or strike the document filed at 12:24 AM on July 24, 2026 (Exhibit List filed without accompanying brief);

3. Accept Plaintiff's Supplemental Brief in Support of Emergency Motion for Preliminary Injunction, filed concurrently herewith, as the proper filing incorporating the exhibits; and

4. Grant such other and further relief as the Court deems just and proper.

DATED: July 24, 2026

Respectfully submitted,

/s/ Ivan R. Higgs

Ivan R. Higgs
Plaintiff, Pro Se
54248 Kalberer Rd
Scappoose, Oregon 97056
(503) 543-2956
ivanhggs@yahoo.com