October 10, 2025

VIA USPS CERTIFIED MAIL, RRR No. 7021 0950 0000 4740 3558

Research / QWR Team
PennyMac Loan Services, LLC
PO Box 5133
Thousand Oaks, CA 91359-5133

**Re: Final Narrowed Demand — No Extension of Time**
Loan: 8013227809 — Borrower: Ivan R. Higgs — Property: 54248 Kalberer Rd, Scappoose, OR 97056
(Legal bases: 12 C.F.R. §§ 1024.35, 1024.36; 15 U.S.C. § 1681s-2; 12 C.F.R. § 1022.43)

To the Research/QWR Team:

I remain in an active written RESPA dispute. You missed my 30-day deadline and my 5-day cure (proofs enclosed). This letter supplements my notices dated August 4, 2025 and September 17, 2025, and my 5-day cure, and does not waive or extend any prior deadline.

**A. Credit mini-cure — due within 72 hours of receipt (no waiver).**

Transmit corrected Metro-2 to all CRAs deleting the September 2025 30-day late and coding the tradeline Compliance Condition Code “XB” (account information disputed by consumer; investigation in process) pending completion of your investigation. Provide written confirmation (email and mail) listing the CRA names, furnish batch/control IDs, e-OSCAR ACDV Case IDs, and date/time stamps for each correction.

**B. Core production — due within 5 business days of receipt (no waiver).**

Provide native files with metadata and a records-custodian declaration under penalty of perjury (business-records foundation) for the following:

**Wet-ink Note and allonges (plus custody).**

a. Color images of the front and back of the Note and each allonge/endorsement.
b. Custodian/bailee identification, the current physical location of the original, vault name/address, and a custody/transfer log with dates.
c. Arrange an in-person inspection (or supervised vault viewing) within a reasonable radius; or provide a custodian declaration under penalty of perjury and certified true copies stating the legal basis for refusing inspection.

**Call recordings — audio (not just notes).**

Audio files (CD/USB acceptable) for all calls September 26, 2025 through October 10, 2025 involving (503) 543-2956 and (503) 367-5547, with metadata (date, time, duration, agent/ID). Include your audio-retention policy, confirm that a litigation hold is in place for call audio and related ESI, and identify any spoliation flags. (Context: at least 9–10 calls occurred during this two-week period.)

**Credit furnishing status & logs.**

Confirm the tradeline is coded Metro-2 “XB” during the dispute and that adverse furnishing is halted. Produce Metro-2 / ACDV (Automated Consumer Dispute Verification) logs for August–October 2025 (fields furnished, furnish timestamps, batch/control IDs, e-OSCAR ACDV Case IDs, and CRA responses).

**Escrow workpapers (to match enclosure).**

Annual analyses, monthly escrow trial balances, insurer bills, check images, and a refund/application ledger sufficient to show duplicate Allstate payments and corrective entries.

**Life-of-loan transaction history with legend.**

Complete transactional history with code/legend for principal, interest, escrow, suspense, reversals, fees, and advances.

If you contend any item above was already sent, identify the exact mail date/parcel and re-send in this packet.

**Preservation.** Preserve all ESI, screenshots, queue notes, ACDVs, furnish batches, audio files/voicemails, and call logs.

**Notice of Intent (no extension).** Failure to complete A within 72 hours and B within 5 business days will result in regulatory complaints and court relief, including inspection, accounting, and evidentiary sanctions. Tender remains ready upon a true accounting to a party entitled to enforce. All rights reserved.

Sincerely,

Without recourse, without prejudice,
Ivan-R: Higgs
54248 Kalberer Rd
Scappoose, OR 97056
ivanhggs@yahoo.com
(503) 543-2956

**Enclosures (reference set):**

- USPS proof of 08/04/2025 delivery (RFI/NOE)
- PennyMac 08/05/2025 acknowledgment
- 5-day cure return-receipts
- 09/25–09/26 payoff covers & 10/01/2025 reinstatement cover
- Sample call-note page (to map audio searches)
- One escrow/Allstate refund proof page