**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**IVAN RICHARD HIGGS**,

Plaintiff,

v.

**PENNYMAC LOAN SERVICES, LLC**; **FEDERAL NATIONAL MORTGAGE ASSOCIATION**; **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC**.; **LOAN STAR HOME LOANS, LLC,** *doing business as* Loanstar Home Lending; **TICOR TITLE**,

Defendants.

Case No. 3:25-cv-02335-YY

**ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**

**IMMERGUT, District Judge.**

Plaintiff Ivan Richard Higgs, who is representing himself in this matter, has brought this suit asserting claims related to a dispute over a mortgage loan and a potential foreclosure on Plaintiff's property in Scappoose, Oregon.

Multiple motions have been filed in this case that require resolution. On December 22, 2025, Defendants filed a Motion to Dismiss, ECF 8, and a Request for Judicial Notice in Support of the Motion to Dismiss, ECF 9. Ticor Title filed for joinder of the Motion to Dismiss, ECF 12,

on December 29, 2025. On February 5, 2026, after the motion to dismiss was fully briefed, Plaintiff filed a Sur Motion for Leave to File Sur-Reply in Opposition to Defendants Motion to Dismiss, ECF 23. On February 26, 2026, Plaintiff filed a Motion to Amend/Correct Complaint, ECF 25. On June 15, 2026, Plaintiff filed an Emergency Motion for a Temporary Restraining Order and Preliminary Injunction, ECF 47. Additionally, Plaintiff filed his Proposed Amended Complaint, ECF 56, followed by an Emergency Motion for a TRO, ECF 57, in late July. During this period, Magistrate Judge You also conducted two hearings in which the court explained to Defendant the deficiencies in his complaints and provided opportunity to amend. Minute Orders, ECF 43 and 61.

On August 5, 2026, Judge You issued her Findings and Recommendation, ECF 62. Plaintiff filed objections to the F&R, ECF 65, and Defendants filed a response to those objections, ECF 66. This Court has reviewed de novo the portions of the F&R to which Petitioner objected and adopts in full Judge You's F&R. Plaintiff's claims are dismissed with prejudice. As such, Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction is also denied.

Since the F&R has been fully briefed, Plaintiff has filed two additional motions: a Motion for Leave to File Limited Reply and Supplemental Exhibits, ECF 67, and Motion to Expedite or Accelerate on Pending PI, ECF 69. Given the dismissal of all claims, and the subsequent denial of the TRO/PI, this Court also denies these motions.

**A. Findings & Recommendations**

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or

recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154. This Court adopts Judge You's F&R in full.

### B. Motion for Temporary Restraining Order and a Preliminary Injunction

Both a Temporary Restraining Order ("TRO") and a Preliminary Injunction ("PI") are "extraordinary remed[ies] never awarded as of right." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 24 (2008); *see Kindred v. Bigot,* 727 F. App'x 427, 427 (9th Cir. 2018) (unpublished) (citing *Stuhlbarg Int'l Sales Co. v. John D. Brush & Co.*, 240 F.3d 832, 839 n.7 (9th Cir. 2001)) (explaining that the standards for a TRO and a PI are "substantially identical"). To succeed on a motion for a TRO or a PI, a party must make a "clear showing" that "he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Starbucks Corp. v. McKinney*, 602 U.S. 339, 345 (2024) (quoting *Winter*, 555 U.S. at 20, 22). If a plaintiff is unlikely to succeed on the merits, the court need not consider the remaining *Winter* factors. *Babaria v. Blinken*, 87 F.4th 963, 980 (9th Cir. 2023). Because this Court dismisses all claims against Defendants, it also concludes that Plaintiffs have failed to provide the necessary showing of a likelihood of success on the merits. Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction, ECF 47, is therefore denied.

## CONCLUSION

This Court ADOPTS IN FULL Judge You's F&R, ECF 62. Defendants PennyMac Loan Services LLC, Federal National Mortgage Association, and Mortgage Electronic Registration

Systems, Inc.'s Motion to Dismiss, ECF 8, is GRANTED. Plaintiff's claims are all DISMISSED WITH PREJUDICE.

Defendants' Request for Judicial Notice, ECF 9, and Defendant Ticor Title's Joinder in Motion to Dismiss, ECF 12, are GRANTED. Plaintiff's Motion to Lodge and File Supplement Declaration and Exhibits, ECF 22, is GRANTED to the extent that the F&R relies on certain exhibits attached therein and otherwise is DENIED. Plaintiff's Motion for Leave to File Sur-Reply in Opposition to Defendants' Motion to Dismiss, ECF 23, and Plaintiff's Motion to Amend/Correct Complaint, ECF 25, are DENIED. Plaintiff's Motion for Leave to Serve Loan Star Home Loans, LLC through the Oregon Secretary of State, ECF 50, is DENIED.

Furthermore, for the reasons discussed in the order above, Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction, ECF 47, is DENIED. Plaintiff's related Supplemental Motion to Supplement Emergency TRO Motion, ECF 58; Emergency Motion for Temporary Restraining order, ECF 57; and Motion to Expedite or Accelerate on Pending PI, ECF 69 are also DENIED.

Finally, Plaintiff's Motion for Leave to File Limited Reply and Supplemental Exhibits, ECF 67, is DENIED.

**IT IS SO ORDERED**.

DATED this 17th day of September, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge