IVAN RICHARD HIGGS
54248 Kalberer Rd
Scappoose, Oregon 97056
(503) 543-2956
Email: ivanhggs@yahoo.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | | |
|---|---|---|
| IVAN RICHARD HIGGS, Plaintiff,<br>v.<br>PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; LOAN STAR HOME LOANS, LLC, doing business as LoanStar Home Lending; and TICOR TITLE,<br>Defendants. | ) | Case No. 3:25-cv-02335-YY |

# NOTICE OF APPEAL

Plaintiff Ivan Richard Higgs, proceeding pro se, appeals to the United States Court of Appeals for the Ninth Circuit from:

1. The Order Adopting Findings and Recommendation and Denying Plaintiff's Motions for Injunctive Relief, ECF 70, entered September 17, 2026; and
2. The Judgment, ECF 71, entered September 17, 2026, dismissing this action with prejudice.

DATED: September 21, 2026.

___

Respectfully submitted,
/s/ Ivan Richard Higgs
Ivan Richard Higgs, Plaintiff Pro Se
54248 Kalberer Rd
Scappoose, Oregon 97056
Telephone: (503) 543-2956
Email: ivanhggs@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that on September 21, 2026, I served a true and correct copy of this Notice of Appeal on all counsel of record through the Court's CM/ECF system, which automatically generated electronic notice to registered counsel.

/s/ Ivan Richard Higgs
Ivan Richard Higgs