**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**IVAN RICHARD HIGGS**,

Plaintiff,

v.

**PENNYMAC LOAN SERVICES, LLC**; **FEDERAL NATIONAL MORTGAGE ASSOCIATION**; **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC**.; **LOAN STAR HOME LOANS, LLC,** *doing business as* Loanstar Home Lending; **TICOR TITLE**,

Defendants.

Case No. 3:25-cv-02335-YY

**JUDGMENT**

**IMMERGUT, District Judge.**

Based on this Court's Order, ECF 70, **IT IS ORDERED AND ADJUDGED** that the above-captioned proceeding is DISMISSED, with prejudice.

DATED this 17th day of September, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge