## Business Name Search

New Search Printer Friendly **Business Entity Data** 05-06-2026 13:54

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 968759-93 | ABN | INA | | 10-03-2013 | | |

| | |
|---|---|
| Entity Name | LOANSTAR HOME LENDING |
| Foreign Name | |
| Affidavit? | N |

New Search Printer Friendly **Associated Names**

| | | | | | | |
|---|---|---|---|---|---|---|
| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | | | |
| Addr 1 | 9020 SW WASHINGTON SQUARE RD STE 350 | | | | | |
| Addr 2 | | | | | | |
| CSZ | PORTLAND | OR | 97223 | | Country | UNITED STATES OF AMERICA |

The Authorized Representative address is the mailing address for this business.

| | | | | | | |
|---|---|---|---|---|---|---|
| Type | REP | AUTHORIZED REPRESENTATIVE | Start Date | 07-06-2016 | Resign Date | |
| Of Record | 112052-91 | ALG SERVICE COMPANY, LLC | | | | |
| Addr 1 | 312 NE 10TH AVE SE | | | | | |
| Addr 2 | | | | | | |
| CSZ | PORTLAND | OR | 97209 | | Country | UNITED STATES OF AMERICA |

| | | | | | | |
|---|---|---|---|---|---|---|
| Type | REG | REGISTRANT | | | | |
| Of Record | 951260-91 | LOANSTAR HOME LOANS, LLC | | | | |
| Addr 1 | 9020 SW WASHINGTON SQUARE RD STE 350 | | | | | |
| Addr 2 | | | | | | |
| CSZ | PORTLAND | OR | 97223 | | Country | UNITED STATES OF AMERICA |

New Search Printer Friendly **Name History**

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| LOANSTAR HOME LENDING | EN | CUR | 10-03-2013 | |

Please read before ordering Copies.

New Search Printer Friendly **Summary History**

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| | FAILURE TO RENEW | 11-27-2019 | | SYS | | |
| ▣ | REACTIVATION | 10-23-2017 | | FI | | |
| | FAILURE TO RENEW | 10-04-2017 | | SYS | | |
| ▣ | REACTIVATION | 07-06-2016 | | FI | Representative | |
| | FAILURE TO RENEW | 10-04-2015 | | SYS | | |
| ▣ | APPLICATION FOR REGISTRATION | 10-03-2013 | | FI | Representative | |

New Search Printer Friendly **Counties**

**Counties Filed**

All Counties Filed.



For comments or suggestions regarding the operation of this site, please contact : corporation.division@sos.oregon.gov

© 2026 Oregon Secretary of State. All Rights Reserved.