162/801/(50)

Phone: (503) 986-2200
Fax: (503) 378-4381

Secretary of State
Corporation Division
255 Capitol St. NE, Suite 151
Salem, OR 97310-1327
FilingInOregon.com

## Articles of Dissolution—Business/Professional/Nonprofit

Check the appropriate box below:

☑ BUSINESS/PROFESSIONAL CORPORATION (Complete only 1, 2, 3, 7, 8)

☐ NONPROFIT CORPORATION (Complete only 1, 4, 5, 6, 7, 8)

FILED
MAR 16 2010
OREGON
SECRETARY OF STATE

REGISTRY NUMBER: 662963-94

In accordance with Oregon Revised Statute 192.410-192.490, the information on this application is public record. We must release this information to all parties upon request and it will be posted on our website.

For office use only

Please Type or Print Legibly in Black Ink. Attach Additional Sheet if Necessary.

1) NAME OF CORPORATION mortgage electronic registration systems, Inc.

### BUSINESS/PROFESSIONAL CORPORATION ONLY

COMPLETE SECTION 2 OR 3 BELOW

2) None of the corporation's shares has been issued and the corporation has not commenced business. No debt of the corporation remains unpaid. A majority of the incorporators or initial directors authorized this dissolution.

DATE OF INCORPORATION February 5, 2010

3) CHECK THE APPROPRIATE STATEMENT

☑ All shareholders entitled to vote consented in writing to the dissolution.

☐ Shareholder vote on the resolution to dissolve was as follows and the number of votes cast in favor of dissolution was sufficient for approval.

| Class or series of shares | Number of votes entitled to be cast | Number of votes cast FOR | Number of votes cast AGAINST |
|---|---|---|---|
| | | | |

DATE DISSOLUTION WAS AUTHORIZED March 3, 2010

### NONPROFIT CORPORATION ONLY

4) DATE DISSOLUTION WAS AUTHORIZED

☐ The dissolution was approved by a sufficient vote of the board.

5) CHECK THE APPROPRIATE STATEMENT

☐ Approval of members was not required and dissolution was approved by a sufficient vote of the board of directors or incorporators.

☐ Membership approval was required. The vote was as follows:

| Class(es) entitled to vote | Number of members entitled to vote | Number of votes entitled to be cast | Number of votes cast FOR | Number of votes cast AGAINST |
|---|---|---|---|---|
| | | | | |

6) NOTICE OF DISSOLUTION

☐ Public benefit and religious corporations: A notice of dissolution has been sent to the Attorney General by the corporation.

7) EXECUTION

| Signature | Printed Name | Title |
|---|---|---|
| [signature] | Nancie C. Koerber | President |

8) CONTACT NAME (To resolve questions with this filing.) James J. Stout P.C.

DAYTIME PHONE NUMBER (Include area code.) 541-618-8888

**FEES**

Required Processing Fee $50

Confirmation Copy (Optional) $5

Processing Fees are nonrefundable.

Please make check payable to "Corporation Division."

NOTE: Fees may be paid with VISA or MasterCard. The card number and expiration date should be submitted on a separate sheet for your protection.

MORTGAGE ELECTRONIC REGISTRATIO

66296394-11728417 DISART