## Business Name Search

New Search Printer Friendly **Business Entity Data** 11-18-2025 18:27

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 662963-94 | DBC | INA | OREGON | 02-05-2010 | | |

| | |
|---|---|
| Entity Name | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |
| Foreign Name | |

New Search Printer Friendly **Associated Names**

*Please click here for general information about registered agents and service of process.*

| | | | | | | |
|---|---|---|---|---|---|---|
| Type | AGT | REGISTERED AGENT | Start Date | 02-05-2010 | Resign Date | |
| Name | NANCIE | C | KOERBER | | | |
| Addr 1 | 3783 OLD STAGE ROAD | | | | | |
| Addr 2 | | | | | | |
| CSZ | CENTRAL POINT | OR | 97502 | | Country | UNITED STATES OF AMERICA |

| | | | | | | |
|---|---|---|---|---|---|---|
| Type | MAL | MAILING ADDRESS | | | | |
| Addr 1 | 3783 OLD STAGE ROAD | | | | | |
| Addr 2 | | | | | | |
| CSZ | CENTRAL POINT | OR | 97502 | | Country | UNITED STATES OF AMERICA |

New Search Printer Friendly **Name History**

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | EN | CUR | 02-05-2010 | |

Please read before ordering Copies.