Apr 20, 2021 10:30 AM Eastern Daylight Time

# Commerce Home Mortgage Has a New Name: Change Home Mortgage

Share

IRVINE, Calif.--(BUSINESS WIRE)--The Change Company, America's Community Development Financial Institution (CDFI), announced today the rebranding of its mortgage banking subsidiary to Change Home Mortgage.

President Ted Ray said, "This rebranding represents an important milestone as we continue to scale our digital platform serving traditional and non-traditional homeowners. Our proprietary loans, technology, and platform are enabling us to change how Americans get a home mortgage – making it faster, easier and more inclusive."

Change Home Mortgage also announced the launch of its new website (www.ChangeMtg.com) and social media sites on LinkedIn, Twitter and Instagram.

Cookies Settings

Accept All Cookies

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. Cookie Policy

and low-income borrowers and communities. In 2020, Change Home Mortgage originated over $7 billion in loans to approximately 30,000 borrowers. As a CDFI, loans originated by Change Home Mortgage are eligible for CRA credit and enjoy certain regulatory exemptions relating to Regulation Z and risk retention rules.

Executive Director Thedora Nickel stated, "Change Home Mortgage is dedicated to serving the $200 billion per year market of prime borrowers unable to secure home loans from traditional banks and mortgage companies. Our mission of change is reflected in our strong, diverse borrowers, community partners, and socially responsible capital partners. Our new name reflects our passion for immediate solutions to end the persistent structural economic inequalities that continue to impact credit-worthy homeowners."

**About The Change Company**

The Change Company empowers homeowners, small businesses, and consumers to pursue their American dreams by bringing social and racial equity to banking and lending. The Change Company team has built businesses that have lent American consumers and businesses over $50 billion dollars, served 250,000+ borrowers, and provided financial services, directly or through partnerships, to over 2 million Americans.

For more information: http://www.ChangeLLC.com/

**About Change Home Mortgage**

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. Cookie Policy

# Business Registry Business Name Search

New Search

## Business Entity Data

05-06-2026 14:08

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 1816313-92 | ABN | ACT | | 04-28-2021 | 04-28-2027 | |
| Entity Name | CHANGE HOME LOANS | | | | | |
| Foreign Name | | | | | | |
| Affidavit? | N | | | | | |

New Search

## Associated Names

| | | | | | | |
|---|---|---|---|---|---|---|
| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | | | |
| Addr 1 | 175 N RIVERVIEW DRIVE | | | | | |
| Addr 2 | SUITE C | | | | | |
| CSZ | ANAHEIM | CA | 92808 | | Country | UNITED STATES OF AMERICA |

The Authorized Representative address is the mailing address for this business.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type | REP | AUTHORIZED REPRESENTATIVE | | Start Date | 04-28-2021 | Resign Date | |
| Name | THEDORA | A | NICKEL | | | | |
| Addr 1 | 175 N RIVERVIEW DRIVE | | | | | | |
| Addr 2 | SUITE C | | | | | | |
| CSZ | ANAHEIM | CA | 92808 | | Country | UNITED STATES OF AMERICA | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Type | REG | REGISTRANT | | | | |
| Of Record | 1433295-97 | CHANGE LENDING, LLC | | | | |
| Addr 1 | 175 N RIVERVIEW DRIVE | | | | | |
| Addr 2 | SUITE C | | | | | |
| CSZ | ANAHEIM | CA | 92808 | | Country | UNITED STATES OF AMERICA |

New Search

## Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| CHANGE HOME LOANS | EN | CUR | 04-28-2021 | |

Please read before ordering Copies.

New Search

## Summary History

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| | RENEWAL OF REGISTRATION | 04-14-2025 | | FI | | |
| | RENEWAL OF REGISTRATION | 04-06-2023 | | FI | | |
| | APPLICATION FOR REGISTRATION | 04-28-2021 | | FI | Representative | |

| New Search | | Counties | |
|---|---|---|---|
| | Counties Filed | | |
| | | | |
| | All Counties Filed. | | |
| | | | |

© 2026 Oregon Secretary of State. All Rights Reserved.

# Business Registry Business Name Search

New Search

## Business Entity Data

05-06-2026 14:09

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 1811043-90 | ABN | ACT | | 04-15-2021 | 04-15-2027 | |
| Entity Name | CHANGE HOME MORTGAGE | | | | | |
| Foreign Name | | | | | | |
| Affidavit? | N | | | | | |

New Search

## Associated Names

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | | | | |
| Addr 1 | 175 N RIVERVIEW DRIVE | | | | | | |
| Addr 2 | SUITE C | | | | | | |
| CSZ | ANAHEIM | CA | 92808 | | Country | UNITED STATES OF AMERICA | |

The Authorized Representative address is the mailing address for this business.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type | REP | AUTHORIZED REPRESENTATIVE | Start Date | 04-15-2021 | Resign Date | | |
| Name | THEDORA | A | NICKEL | | | | |
| Addr 1 | 175 N RIVERVIEW DRIVE | | | | | | |
| Addr 2 | SUITE C | | | | | | |
| CSZ | ANAHEIM | CA | 92808 | | Country | UNITED STATES OF AMERICA | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Type | REG | REGISTRANT | | | | |
| Of Record | 1433295-97 | CHANGE LENDING, LLC | | | | |
| Addr 1 | 175 N RIVERVIEW DRIVE | | | | | |
| Addr 2 | SUITE C | | | | | |
| CSZ | ANAHEIM | CA | 92808 | | Country | UNITED STATES OF AMERICA |

New Search

## Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| CHANGE HOME MORTGAGE | EN | CUR | 04-15-2021 | |

Please read before ordering Copies.

New Search

## Summary History

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| | RENEWAL OF REGISTRATION | 04-14-2025 | | FI | | |
| | RENEWAL OF REGISTRATION | 04-06-2023 | | FI | | |
| | APPLICATION FOR REGISTRATION | 04-15-2021 | | FI | Representative | |

| New Search | | Counties | |
|---|---|---|---|
| | Counties Filed | | |
| | | | |
| | All Counties Filed. | | |
| | | | |

© 2026 Oregon Secretary of State. All Rights Reserved.

PRODUCTS INSIGHTS Request a free trial Log in

## LoanStar Home Lending

LOANSTAR HOME LENDING

# LoanStar Home Lending Overview

Update this profile

**This is a profile preview from the PitchBook Platform.**

Request a free trial

Year Founded

**2013**

Status

**Acquired/ Merged**

**Data on this profile**

- Overview
- Valuation & Funding
- FAQs
- Data Transparency

Latest Deal Type

**M&A**

Financing Rounds

**1**

**PitchBook also tracks**

## LoanStar Home Lending General Information

Competitors
Research & Analysis
Exits
Investors
Service Providers
Acquisitions
Patents
Lenders on Deals

## Description

Provider of retail mortgage banking services intended to deliver expertise and efficient access to home loans. The company's services include providing property loans, investment loans, vacation home loans and credit score evaluations, enabling customers to avail government, conventional, jumbo and alternative qualification home loans.

## Contact Information

**Website**
www.golo...

**Ownership Status**
Acquired/...

**Financing Status**
Corporate...

**Corporate Office**
9020 Sout...
Suite 350
Portland, ...
United St...

**Primary Industry**
Consume...

**Acquirer**
Change H...

**Corporate Office**
9020 South Wes...
Suite 350
Portland, OR 97...
United States

Want detailed data on

Want to dig into

11M+ companies?

What you see here scratches the surface

Request a free trial

this profile?

We'll help you find what you need

Learn more

## LoanStar Home Lending Valuation & Funding

| Deal Type | Date | Amount | Valuation/ EBITDA | Post-Val | Status | Debt |
|---|---|---|---|---|---|---|

This information is available in the PitchBook Platform. To explore LoanStar Home Lending's full profile, request access.

Request a free trial

## LoanStar Home Lending FAQs

**When was LoanStar Home Lending founded?**

LoanStar Home Lending was founded in 2013.

**Where is LoanStar Home Lending headquartered?**

LoanStar Home Lending is headquartered in Portland, OR.

**What industry is LoanStar Home Lending in?**

LoanStar Home Lending's primary industry is Consumer Finance.

**Is LoanStar Home Lending a private or public company?**

LoanStar Home Lending is a Private company.

**What is LoanStar Home Lending's current revenue?**

The current revenue for LoanStar Home Lending is

.

**When was LoanStar Home Lending acquired?**

LoanStar Home Lending was acquired on 27-Jun-2018.

**Who acquired LoanStar Home Lending?**

LoanStar Home Lending was acquired by Change Home Mortgage.

## Data Transparency



**Meet our data hygiene team**

Discover how our experts ensure you're getting the most accurate financial data in the industry.

Read blog

**How PitchBook sources data**

Our data operations team has logged over 3.5 million hours researching, organizing, and integrating the information you need most.

Discover our process

Platform

Segments

Data

---

# Insights

News

Research Library

Dashboards

---

About

Contact us

Get Started

Learn

Follow Us

©2026 PitchBook. All rights reserved.

Terms of Use Privacy Policy Do Not Sell or Share My Personal Information

GDPR Compliance

PRODUCTS INSIGHTS Request a free trial Log in

**Change Home Mortgage**

Change HOME MORTGAGE

# Change Home Mortgage Overview

Update this profile

**This is a profile preview from the PitchBook Platform.**

Request a free trial

- Overview
- Timeline
- Valuation & Funding
- Comparisons
- Competitors
- Research & Analysis
- Related News
- Patents
- Service Providers

Lenders on Deals
Signals
Investors
Lead Partners on Deals
Acquisitions
Exits
Affiliates
FAQs
Data Transparency

Year Founded

**1994**

Status

**Acquired/ Merged**

Employees

**551**

Latest Deal Type

**Corporate**

| Financing Rounds | Investments |
|---|---|
| **5** | **1** |

## Change Home Mortgage General Information

### Description

Provider of real estate financing services intended to offer home mortgages. The company provides purchase financing, mortgage and loan services.

### Contact Information

**Website**
www.cha...

**Formerly Known As**
Simonich ...

**Primary Industry**
Consume...

**Parent Company**
The Chan...

**Corporate Office**
175 Nortj Rivervi...
Suite C
Anaheim, CA 92...
United States

**Ownership Status**

Acquired/...
(Operatin...

**Financing Status**

Corporate...

**Corporate Office**

175 Nortj ...
Suite C
Anaheim, ...
United St...

---


## Want detailed data on 11M+ companies?

What you see here scratches the surface

Request a free

## Want to dig into this profile?

We'll help you find what you need

Learn

trial

more

## Change Home Mortgage Valuation & Funding

| Deal Type | Date | Amount | Valuation/ EBITDA | Post-Val | Status | Debt |
| --- | --- | --- | --- | --- | --- | --- |

This information is available in the PitchBook Platform. To explore Change Home Mortgage's full profile, request access.

Request a free trial

## Change Home Mortgage Signals



# Change Home Mortgage Former Investors

| Investor Name | Investor Type | Holding | Investor Since | Participating Rounds | Contact Info |
|---|---|---|---|---|---|

This information is available in the PitchBook Platform. To explore Change Home Mortgage's full profile, request access.

Request a free trial

# Change Home Mortgage Acquisitions (1)

Change Home Mortgage's most recent deal was a Merger/Acquisition with LoanStar Home Lending. The deal was made on 27-Jun-2018.

| Company Name | Deal Date | Deal Type | Deal S |
|---|---|---|---|
| LoanStar Home Len... | 27-Jun-2018 | Merger/Acquisiti... | |

To view Change Home Mortgage's complete acquisitions history, request access »

# Change Home Mortgage FAQs

**When was Change Home Mortgage**

**founded?**
Change Home Mortgage was founded in 1994.

**Where is Change Home Mortgage headquartered?**
Change Home Mortgage is headquartered in Anaheim, CA.

**What is the size of Change Home Mortgage?**
Change Home Mortgage has 551 total employees.

**What industry is Change Home Mortgage in?**
Change Home Mortgage's primary industry is Consumer Finance.

**Is Change Home Mortgage a private or public company?**
Change Home Mortgage is a Private company.

**What is Change Home Mortgage's current revenue?**
The current revenue for Change Home Mortgage is

.

**How much funding has Change Home**

**Mortgage raised over time?**

Change Home Mortgage has raised $50M.

**Who are Change Home Mortgage's investors?**

Merchants Bank of Commerce has invested in Change Home Mortgage.

**When was Change Home Mortgage acquired?**

Change Home Mortgage was acquired on 30-Dec-2020.

**Who acquired Change Home Mortgage?**

Change Home Mortgage was acquired by The Change Company.

## Data Transparency





**Meet our data hygiene team**

Discover how

**How PitchBook sources data**

Our data operations team

# Products

Use Cases

Platform

Segments

Data

# Insights

News

Research Library

Dashboards

About

Contact us

Get Started

Learn

Follow Us

©2026 PitchBook. All rights reserved.

Terms of Use Privacy Policy Do Not Sell or Share My Personal Information

GDPR Compliance

**The Change Company**

# The Change Company Overview

Update this profile

This is a profile preview from the PitchBook Platform.

Request a free trial

Year Founded
**2017**

Status
**Private**

Employees
**54**

Latest Deal Type
**PE Growth**

Financing Rounds
**9**

Investments
**2**

Overview
Timeline
Valuation & Funding
Comparisons
Competitors
Research & Analysis
Related News
Patents
Service Providers

## The Change Company General Information

Lenders on Deals
Signals
Investors
Lead Partners on Deals
Acquisitions
Exits
Affiliates
FAQs
Data Transparency

## Description

Operator of a fintech company intended to provide business capital to the entrepreneurs, Black, Latino and underbanked communities. The company's services include providing business loans and short-term commercial loans, enabling clients to solve current financial problems and grow their businesses.

## Contact Information

**Website**
www.thec...

**Formerly Known As**
Capital C...

**Ownership Status**
Privately ...

**Financing Status**
Private Eq...

**Corporate Office**
175 North...
Suite D
Anaheim, ...
United St...

**Primary Industry**
Specialize...

**Vertical(s)**
FinTech

**Corporate Office**
175 North River...
Suite D
Anaheim, CA 92...
United States

# The Change Company Timeline




Want detailed data on 11M+ companies?

What you see here scratches the surface

Request a free trial

Want to dig into this profile?

We'll help you find what you need

Learn more

## The Change Company Valuation & Funding

| Deal Type | Date | Amount | Valuation/ EBITDA | Post-Val | Status | Debt |
|---|---|---|---|---|---|---|

This information is available in the PitchBook Platform. To explore The Change Company's full profile, request access.

Request a free trial

## The Change Company Related Research & Analysis

Explore institutional-grade private market research from our team of analysts.

**Verticals** FinTech




**Fintech VC Trends**

April 24, 2026

## The Change Company Signals

**Growth Rate**




**Weekly Growth**



**Size Multiple**




**Size Multiple**



**Key Data Points**

**Similarweb Unique Visitors**



**Majestic Referring Domains**



# The Change Company Investors

| Investor Name | Investor Type | Holding | Investor Since | Participating Rounds | Contact Info |
|---|---|---|---|---|---|

This information is available in the PitchBook Platform. To explore The Change Company's full profile, request access.

Request a free trial

# The Change Company Acquisitions (2)

The Change Company's most recent deal was a Merger/Acquisition with Connect Escrow. The deal was made on 28-Apr-2021.

| Company Name | Deal Date | Deal Type | Deal S |
|---|---|---|---|
| Connect Escrow | 28-Apr-2021 | Merger/Acquisiti... | |
| Change Home Mort... | 01-Jan-2018 | Merger/Acquisiti... | |

To view The Change Company's complete acquisitions history, request access »

# The Change Company Affiliates

Subsidiaries (3)

| Name | Industry | Loca |
|---|---|---|
| ChangeFi | | Anah |
| Change Home Mortgage | | Anah |
| Connect Escrow | | Agou |

# The Change Company FAQs

**When was The Change Company founded?**

The Change Company was founded in 2017.

**Where is The Change Company headquartered?**

The Change Company is headquartered in Anaheim, CA.

**What is the size of The Change Company?**

The Change Company has 54 total employees.

**What industry is The Change Company in?**

The Change Company's primary industry is Specialized Finance.

**Is The Change Company a private or public company?**

The Change Company is a Private company.

**What is The Change Company's current revenue?**

The current revenue for The Change Company is

.

**How much funding has The Change Company raised over time?**

The Change Company has raised $400M.

**Who are The Change Company's investors?**

Netflix has invested in The Change Company.

# Data Transparency



**Meet our data hygiene team**

Discover how our experts ensure you're getting the most accurate financial data in the industry.

Read blog

**How PitchBook sources data**

Our data operations team has logged over 3.5 million hours researching, organizing, and integrating the information you need most.

Discover our process

---

# Products

Use Cases

Platform

Segments

Data

---

# Insights

News

Research Library

Dashboards

---

About

Contact us

Get Started

Learn

Follow Us

©2026 PitchBook. All rights reserved.

Terms of Use Privacy Policy Do Not Sell or Share My Personal Information

GDPR Compliance