**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

IVAN RICHARD HIGGS,

Plaintiff,

v.

PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); LOAN STAR HOME LOANS, LLC dba LOANSTAR HOME LENDING; TICOR TITLE; and DOES 1-10,

Defendants.

Case No. 3:25-cv-02335-YY

**DEFENDANT TICOR TITLE'S JOINDER IN OPPOSITION TO PLAINTIFF'S MOTION FOR STAY OF TRUSTEE'S SALE PENDING APPEAL [ECF 73]**

## I. MOTION

For the underlying facts, reasons and legal analysis stated in DEFENDANTS PENNYMAC LOAN SERVICES, LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR STAY OF TRUSTEE'S SALE PENDING APPEAL [ECF 73], Ticor Title moves to oppose Plaintiff's Motion for Stay and joins the motion.

Dated: September 30, 2026.

*/s/ Daniel A. Womac*
Daniel A. Womac, OSB #120373
Fidelity National Law Group
601 Union Street, Suite 3225
Seattle, WA 98101
(206) 794-4563
Daniel.Womac@fnf.com
*Attorney for Ticor Title*

.

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2026, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Caitlin Hackbarth*

Caitlin Hackbarth, Legal Assistant